# United States Bankruptcy Court
## District of Minnesota

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**WEST, PHILLIP C** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-0549** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8270 - 169TH ST W**<br>**LAKEVILLE, MN**<br>ZIP Code **55044** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DAKOTA** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **WEST, PHILLIP C** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **UNITED PHARMACY SERVICES, INC.** | Case Number: **07-21093** | Date Filed: **6/05/07** |
| District: **NORTHERN DISTRICT OF GORGIA** | Relationship: **MAJORITY OWNER** | Judge: **ROBERT E. BRIZENDINE** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X _____ Signature of Attorney for Debtor(s)           (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**WEST, PHILLIP C**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) |
| --- |

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ PHILLIP C WEST**
Signature of Debtor  **PHILLIP C WEST**

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**June 22, 2007**
Date

### Signature of Attorney

**X  /s/ MICHAEL J. IANNACONE**
Signature of Attorney for Debtor(s)

**MICHAEL J. IANNACONE 48719**
Printed Name of Attorney for Debtor(s)

**IANNACONE LAW OFFICE**
Firm Name

**8687 EAGLE POINT BLVD.**
**LAKE ELMO, MN 55042**
Address

**Email: mji@iannacone.com**
**651-224-3361  Fax: 651-297-6187**
Telephone Number

**June 22, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Minnesota

In re    **PHILLIP C WEST** _____    Case No. _____

                                                     Debtor(s)    Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ PHILLIP C WEST**
                             **PHILLIP C WEST**

Date:    **June 22, 2007**

# United States Bankruptcy Court
## District of Minnesota

In re    **PHILLIP C WEST** _____ ,

                                                     Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 290,000.00 | | |
| B - Personal Property | Yes | 4 | 52,238.54 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 252,427.64 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 77 | | 1,925,785.84 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 30 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,529.63 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,423.81 |
| Total Number of Sheets of ALL Schedules | | 121 | | | |
| Total Assets | | | 342,238.54 | | |
| Total Liabilities | | | | 2,178,213.48 | |

# United States Bankruptcy Court
### District of Minnesota

In re    **PHILLIP C WEST** _____,     Case No. _____

                                 Debtor

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **PHILLIP C WEST**
_____,    Case No. _____
Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **HOMESTEAD LOCATED AT 8270 - 169TH ST. W., LAKEVILLE, MN 55044, LEGALLY DESCRIBED AS LOT 4, BLOCK 3, HIGHVIEW HEIGHTS, ACCORDING TO THE RECORDED PLAT THEREOF, AND SITUATE IN DAKOTA COUNTY, MINNESOTA.** | | - | 290,000.00 | 236,894.07 |

|  |  |  |
|---|---|---|
| Sub-Total > | **290,000.00** | (Total of this page) |
| Total > | **290,000.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **PHILLIP C WEST**                                                                                      ,        Case No. _____

                                                          Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **CASH ON HAND** | - | **100.00** |
| | | **INSURANCE CHECK FOR HAIL DAMAGE TO HOME** | - | **4,200.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **WELLS FARGO - #083-7466XXX PERSONAL CHECKING** | - | **36.00** |
| | | **LAKEVIEW BANK ACCT. NO. 11000XXXX** | - | **597.39** |
| | | **BB&T 0005148750XXX BALANCE UNKOWN - STATEMENTS GO TO RESIDENCE OF JOHN RAY.** | - | **Unknown** |
| | | **WELLS FARGO - TRIPLE A MEDICAL CHECKING 701-2861XXX BALANCE APPROX.** | - | **50.00** |
| | | **WELLS FARGO 334-2430XXX TRIPLE A MEDICAL SAVINGS ACCOUNT** | - | **100.00** |
| | | **WELLS FARGO 143-2564XXX NEW UNITED PHARMACY CHECKING ACCOUNT. BALANCE APPROX. LISTED FOR NOTICE ONLY - BELONGS TO BANKRUPTCY ESTATE OF UNITED PHARMACY. $2,000.00** | - | **679.73** |
| | | **WELLS FARGO 699-0413XXX SAVINGS ACCOUNT IN NAME OF DEBTOT, EX-WIFE AND SON XXXY. MAY HAVE BEEN CLOSED BY EX-WIFE.** | - | **Unknown** |
| | | **WELLS FARGO 757-8303XXX SAVINGS ACCOUNT IN NAME OF DEBTOR AND SON XXXY** | - | **370.79** |
| | | **WELLS FARGO SAVINGS ACCOUNT 948-4993XXX IN NAME OF DEBTOR AND EX WIFE. MAY HAVE BEEN CLOSED BY EX-WIFE.** | - | **Unknown** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

Sub-Total >                **6,133.91**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re **PHILLIP C WEST** , Case No. _____
_____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | HOUSEHOLD GOODS, FURNISHINGS AND MISC TOOLS. | - | 6,000.00 |
| | | CD'S AND DVD'S | - | 550.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | CLOTHES | - | 750.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | BENNELI 12 GAUGE SHOT GUN | - | 450.00 |
| | | GOLF CLUBS | - | 100.00 |
| | | CANON DIGITAL CAMERA | - | 100.00 |
| | | TOSHIBA DIGITAL MOVIE CAMERA | - | 200.00 |
| | | COMPOUND BOW | - | 100.00 |
| | | SKIS & BOOTS | - | 100.00 |
| | | 10 SPEED BIKE | - | 25.00 |
| | | 2 DESKTOP COMPUTERS $100 EACH; 3 PTINTERS - $50.00 EACH | - | 350.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | THRIVENT POLICY NO. 507518949 | - | 0.00 |
| | | AMERICAN GENERAL TERM POLICY NO. MM0023296 | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

Sub-Total > 8,725.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **PHILLIP C WEST**                           ,     Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401K AT SLAVIC INVESTMENT CORP., 1075 BROKEN SOUND PARKWAY NW, BOCA RATON, FL 33487-3540, ID NO. XXX-XX-0459 | - | 16,829.63 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 5000 SHARES OF UNITED PHARMACY SERVICES, INC. - COMPANYY IN CHAPTER 7 BANKRUPTCY IN GEORGIA. | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | 2007 STATE AND FEDERAL TAX REFUND | - | Unknown |
| | | ACCRUED BUT UNPAID WAGES | - | 900.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | CRIMINAL COMPLAINT AGAINST JOHN & SUSAN RAY RELATED TO UNITED PHARMACY. | - | 0.00 |
| | | CLAIM WITH STATE AUTO FOR HAIL DAMAGE TO HOMESTEAD. | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >     **17,729.63**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

In re    **PHILLIP C WEST**
_____ ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 NISSAN EXTERA | - | 19,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | TOSHIBA LAPTOP - BUSINESS | - | 100.00 |
| | | LAWN TRACTOR | - | 400.00 |
| | | DESK - IN STORAGE | - | 150.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | FAMILY DOG | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 19,650.00 |
| (Total of this page) | |
| Total > | 52,238.54 |

Sheet   __3__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

In re **PHILLIP C WEST** ,  Case No. _____

Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **HOMESTEAD LOCATED AT 8270 - 169TH ST. W., LAKEVILLE, MN 55044, LEGALLY DESCRIBED AS LOT 4, BLOCK 3, HIGHVIEW HEIGHTS, ACCORDING TO THE RECORDED PLAT THEREOF, AND SITUATE IN DAKOTA COUNTY, MINNESOTA.** | Minn. Stat. §§ 510.01, 510.02 | 53,105.93 | 290,000.00 |
| **Cash on Hand** | | | |
| **INSURANCE CHECK FOR HAIL DAMAGE TO HOME** | MSA §510.07 | 0.00 | 4,200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **WELLS FARGO - #083-7466XXX PERSONAL CHECKING** | Minn. Stat. § 550.37(13) | 75% | 36.00 |
| **LAKEVIEW BANK ACCT. NO. 11000XXXX** | Minn. Stat. § 550.37(13) | 75% | 597.39 |
| **Household Goods and Furnishings** | | | |
| **HOUSEHOLD GOODS, FURNISHINGS AND MISC TOOLS.** | Minn. Stat. § 550.37(4)(a) | 6,000.00 | 6,000.00 |
| **CD'S AND DVD'S** | Minn. Stat. § 550.37(4)(a) | 550.00 | 550.00 |
| **Wearing Apparel** | | | |
| **CLOTHES** | Minn. Stat. § 550.37(4)(a) | 750.00 | 750.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **2 DESKTOP COMPUTERS $100 EACH; 3 PTINTERS - $50.00 EACH** | Minn. Stat. § 550.37(6) | 350.00 | 350.00 |
| **Interests in Insurance Policies** | | | |
| **THRIVENT POLICY NO. 507518949** | Minn. Stat. § 550.37(23) | 100% | 0.00 |
| **AMERICAN GENERAL TERM POLICY NO. MM0023296** | Minn. Stat. § 550.37(23) | 100% | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401K AT SLAVIC INVESTMENT CORP., 1075 BROKEN SOUND PARKWAY NW, BOCA RATON, FL 33487-3540, ID NO. XXX-XX-0459** | Minn. Stat. § 550.37(24) NOT PROPERTY OF ESTATE 11 USC §541(C)(2) | 16,829.63 | 16,829.63 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **ACCRUED BUT UNPAID WAGES** | 15 U.S.C.A. § 1673 | 75% | 900.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **CLAIM WITH STATE AUTO FOR HAIL DAMAGE TO HOMESTEAD.** | Minn. Stat. §§ 510.01, 510.02 §510.07 | 100% | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2005 NISSAN EXTERA** | Minn. Stat. § 550.37(12a) | 4,000.00 | 19,000.00 |

___**1**___ continuation sheets attached to Schedule of Property Claimed as Exempt

In re   **PHILLIP C WEST**                           ,     Case No. _____

                                    Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Office Equipment, Furnishings and Supplies** | | | |
| **TOSHIBA LAPTOP - BUSINESS** | **Minn. Stat. § 550.37(6)** | **100.00** | **100.00** |
| **LAWN TRACTOR** | **Minn. Stat. § 550.37(4)(b)** | **400.00** | **400.00** |
| **DESK - IN STORAGE** | **Minn. Stat. § 550.37(6)** | **150.00** | **150.00** |

|  | | Total: | **83,385.60** | **339,863.02** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re **PHILLIP C WEST** _____,     Case No. _____

                                     Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0003** <br><br> **AMERICA SERVICING COMPANY** <br> **PO BOX 10328** <br> **DES MOINES, IA 50306** | | - | **HOMESTEAD LOCATED AT 8270 - 169TH ST. W., LAKEVILLE, MN  55044, LEGALLY DESCRIBED AS LOT 4, BLOCK 3, HIGHVIEW HEIGHTS, ACCORDING TO THE RECORDED PLAT THEREOF, AND SITUATE IN DAKOTA COUNTY, MINNESOTA.** | | | | | |
| | | | Value $      **290,000.00** | | | | **236,894.07** | **0.00** |
| Account No. **xxxx xxxx xxxx x000 1** <br><br> **NISSAN MOTOR ACCEPTANCE CORP** <br> **PO BOX 660366** <br> **DALLAS, TX 75266** | | - | **2005 NISSAN EXTERA** | | | | | |
| | | | Value $      **19,000.00** | | | | **15,533.57** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

  __0__   continuation sheets attached

| | Subtotal <br> (Total of this page) | **252,427.64** | **0.00** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **252,427.64** | **0.00** |

In re   **PHILLIP C WEST**                               ,    Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

In re **PHILLIP C WEST**                                                    , Case No. _____
                               Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**GEORGIA DEPT OF REVENUE SALES AND USE TAX DIVISION PO BOX 105284 ATLANTA, GA 30348-5296** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.  LISTED FOR NOTICE.** | X | X | X | **Unknown** | **Unknown** <br><br> **Unknown** |
| Account No. <br><br>**GEORGIA INCOME TAX DIVISION PO BOX 740397 ATLANTA, GA 30374-0397** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.  LISTED FOR NOTICE.** | | | | **Unknown** | **Unknown** <br><br> **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet _**1**_ of _**1**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | | 0.00    0.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 0.00    0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **PHILLIP C WEST**                                                                              ,    Case No. _____
                                                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **xxx2499**<br><br>**4IMPRINT**<br>**P O BOX 32383**<br>**HARTFORD, CT 06150-2383** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.  **xx-AGx2918**<br><br>**A G INDUSTRIES**<br>**P O BOX 270099**<br>**ST LOUIS, MO 63127** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**AAA SANITATION INC**<br>**P O BOX 1268**<br>**DAHLONEGA, GA 30533** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**ACACIA**<br>**785 CHALLENGER ST**<br>**BREA, CA 92821** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |

__76__  continuation sheets attached

Subtotal
(Total of this page)                                          0.00

In re **PHILLIP C WEST** , Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **ACCENT** PO BOX 69004 OMAHA, NE 68106-5004 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | ATTORNEY FOR FISHER AND PAYKEL HEALTHCARE. DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **ADLER, RUSSELL S ESQ** CARMEN & ADLER PA 6001 BROKEN SOUND PKWY NW #404 BOCA RATON, FL 33487-2754 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **ADMINISTAR FEDERAL INC** PCI-DMERC-IN LOCKBOX 660078 INDIANAPOLIS, IN 46266-0078 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **ADMINISTRATIVE MANAGERS INC** 105 CANTON HWY CUMMING, GA 30040 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **AGELITY** 115 BROAD HOLLOW RD STE 325 MELVILLE, NY 11747 | X | - | | | | X | X | X | 0.00 |
| Sheet no. _1_ of _76_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | | 0.00 |

In re **PHILLIP C WEST**,      Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **AILCO FINANCIAL SERVICES INC** <br> **W222 N833 CHEANEY DR** <br> **WAUKESHA, WI 53186** | X | - | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 1,694.00 |
| Account No. **QZE05** <br><br> **AIRGAS SOUTH** <br> **P O BOX 532609** <br> **ATLANTA, GA 30353-2609** | X | - | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No. <br><br> **AIRLINK** <br> **3966 CLAIRMONT RD** <br> **ATLANTA, GA 30341-4938** | X | - | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No. **UNG004** <br><br> **AIRSEP CORPORATION** <br> **290 CREEKSIDE DR** <br> **BUFFALO, NY 14228** | X | - | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No. <br><br> **ALBERT NASUTI, ESQ** <br> **40 TECHNOLOGY PKWY. S #300** <br> **TRUSTEE-UNITED PHARMACY SERVIC** <br> **NORCROSS, GA 30092** | | - | | LISTED FOR NOTICE PURPOSES, CHAPTER 7 TRUSTEE FOR UNITED PHARMACY SERVICES. | | | | Unknown |

Sheet no. __2__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,694.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

In re **PHILLIP C WEST** , Case No. _____
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| ALLEGIANT PARTNERS INC 999 FIFTH AVE STE 300 SAN RAFAEL, CA 94901 | X | - | | X | X | X | 92,992.05 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| ALLIANCE FINANCIAL P O BOX 2149 GIG HARBOR, WA 98335-4149 | X | - | | X | X | X | 49,040.92 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| ALLIANCE FINANCIAL P O BOS 3617 SEATTLE, WA 98124-3617 | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| ALLIANCE FUNDING GROUP INC 2099 S STATE COLLEGE BLVD #100 ANAHEIM, CA 92806 | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| ALLIANCE FUNDS P O BOX 3617 SEATTLE, WA 98124-3617 | X | - | | X | X | X | 0.00 |

Sheet no. __3__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **142,032.97**

In re **PHILLIP C WEST** , Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J c | | | | | | |
| Account No. **xxxxxxx4201** | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **ALLIED WASTE** **P O BOX 9001487** **LOUISVILLE, KY 40290-1487** | X | - | | | | X | X | X | 0.00 |
| Account No. **xxxxxxx6655** | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **ALLTEL CORPORATION** **P O BOX 530533** **ATLANTA, GA 30353-0533** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **ALLWIN DATA SERVICES** **SUITE 14000 BB&T BUILDING** **ONE PACK SQUARE** **ASHEVILLE, NC 28801** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **AMERICAN BANK LEASING** **P O BOX 220** **FRANKLIN, TN 37069** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **AMERICAN BANK LEASING CORP** **555 SUN VALLEY DR STE E-5** **ROSWELL, GA 30076** | X | - | | | | X | X | X | 296,714.72 |

Sheet no. __4__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        296,714.72

In re __PHILLIP C WEST_____,   Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **AMERICAN EXPRESS P O BOX 360001 FORT LAUDERDALE, FL 33336-0001** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **AMERICAN EXPRESS BUSINESS MANAGEMENT ACCOUNT P O BOX 7863 FORT LAUDERDALE, FL 33329-7863** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **AMERICAN EXPRESS P O BOX 0001 LOS ANGELES, CA 90096-0001** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **AMERICAN EXPRESS CAPITAL LINE P O BOX 297812 FORT LAUDERDALE, FL 33329-7815** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **AMERICAN EXPRESS CAPITAL LINE BOX 0001 LOS ANGELES, CA 90096-0001** | X | - | | X | X | X | 0.00 |

Sheet no. __5___ of __76___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re   **PHILLIP C WEST**                            ,       Case No. _____

                                      Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **AMERICAN GREETINGS** **ONE AMERICAN ROAD** **CLEVELAND, OH 44144-2398** | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **ANALYTICAL RESEARCH LABORATORY** **840 RESEARCH PKWY STE 546** **OKLAHOMA CITY, OK 73104** | X | - | | | X | X | X | 0.00 |
| Account No. **x8728** | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **ANDA PHARMACEUTICALS** **2915 WESTON ROAD** **WESTON, FL 33331** | X | - | | | X | X | X | 0.00 |
| Account No. **SP1231** | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **ANSWER AMERICA** **150 E 58TH ST 29TH FLOOR** **NEW YORK, NY 10155-2698** | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **ANYTIME ELECTRIC** **4408 SHELLIE LANE** **OAKWOOD, GA 30566** | X | - | | | X | X | X | 0.00 |

Sheet no. __6__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

In re   **PHILLIP C WEST**                              ,     Case No. _____

                       Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **x7829**<br><br>**APOTHECARY PRODUCTS INC**<br>**11750 12TH AVE S**<br>**BURNSVILLE, MN 55336-1295** | X | - | | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No.<br><br>**ARCH PAGING**<br>**P O BOX 660770**<br>**DALLAS, TX 78266-0770** | X | - | | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No.<br><br>**AT&T**<br>**P O BOX 78522**<br>**PHOENIX, AZ 85062-8522** | X | - | | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No.<br><br>**AT&T WIRELESS**<br>**P O BOX 8229**<br>**AURORA, IL 60572-8229** | X | - | | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No. **1956**<br><br>**ATLANTIC SALES AND REPAIR**<br>**P O BOX 15415**<br>**SURFSIDE BEACH, SC 29587** | X | - | | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |

Sheet no. __7__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
                (Total of this page)       0.00

In re **PHILLIP C WEST**                                              , Case No. _____

                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxxx8807<br><br>**ATMOS ENERGY**<br>**P O BOX 9001949**<br>**LOUISVILLE, KY 40290-1949** | X | - | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**ATS TECHNOLOGIES INC**<br>**542 SOUTH ENOTA DR**<br>**GAINESVILLE, GA 30501** | X | - | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**AUBREY'S LOCKSMITH SERVICE**<br>**1008 ATLANTA HIGHWAY**<br>**GAINESVILLE, GA 30501** | X | - | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**AVAYA COMMUNICATIONS**<br>**P O BOX 73061**<br>**CHICAGO, IL 60673-3061** | X | - | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**B BRAUN / MCGAW**<br>**P O BOX 8500-53708**<br>**PHILADELPHIA, PA 19178-3708** | X | - | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |

Sheet no. __8__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **PHILLIP C WEST**                                    ,      Case No. _____

                                     Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **BALBOA CAPITAL** **2010 MAIN STREET, 11TH FLOOR** **IRVINE, CA 92614** | X | - | | | | X | X | X | 73,749.27 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **BALBOA CAPITAL** **P O BOX 14520** **IRVINE, CA 92623-4520** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **BANK OF AMERICA** **P O BOX 15027** **WILMINGTON, DE 19850** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **BANK OF THE WEST** **EQUIPMENT LEASING** **201 N CIVIC DR STE 360B** **WALNUT CREEK, CA 94596** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **BANK OF THE WEST** **P O BOX 4002** **CONCORD, CA 94524-4002** | X | - | | | | X | X | X | 0.00 |

Sheet no. __9___ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **73,749.27**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **PHILLIP C WEST**, Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **BANK OF WEST** **475 SANSOME ST 19TH FLOOR** **SAN FRANCISCO, CA 94111** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **BANK SILVERMARK** | X | - | | | | X | X | X | 0.00 |
| Account No. **xxxxxxLNx8187** | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **BB&T** **P O BOX 580155** **CHARLOTTE, NC 28258-0155** | X | - | | | | X | X | X | 0.00 |
| Account No. **Mx3550** | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **BEAUMONT PRODUCTS** **1560 BIG SHANTY DR** **KENNESAW, GA 30144** | X | - | | | | X | X | X | 0.00 |
| Account No. **xxxxxx8-001** | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **BELLS SOUTH** **P O BOX 105262** **ATLANTA, GA 30348-5262** | X | - | | | | X | X | X | 0.00 |

Sheet no. __10__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re  **PHILLIP C WEST**                                                                  ,     Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| BELLS SOUTH COMMUNICATION SYST P O BOX 79045 BALTIMORE, MD 21279-0045 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | ATTORNEY FOR ROCKFORD CAPITAL LEASING INC. DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| BIEGEL, GREG ESQ BARRICK SWITZER ET AL PO BOX 17109 ROCKFORD, IL 61110 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| BOARD OF WATER COMMISSIONERS ST PAUL WATER UTILITY 8 RTH ST E STE 200 ST PAUL, MN 55101-1007 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| BORGSTROM PHARMACY 990 PAYNE AVE ST PAUL, MN 55101 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| BOW LEASING | X | - | | | | X | X | X | 0.00 |

Sheet no. __11__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                            0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re  **PHILLIP C WEST**
,                                    Case No. _____
                                                      Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4204**<br><br>**BROWN & BIGELOW**<br>**P O BOX 1450 NW 8554**<br>**MINNEAPOLIS, MN 55485-8554** | X | - | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No.<br><br>**BROWN & BIGELOW INC**<br>**345 PLATO BLVD E**<br>**ST PAUL, MN 55107** | X | - | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 1,904.88 |
| Account No.<br><br>**BROWN'S ICE CREAM CO**<br>**2929 UNIVERSITY AVE SE**<br>**MINNEAPOLIS, MN 55414** | X | - | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No.<br><br>**BSFS EQUIPMENT LEASING**<br>**P O BOX 740428**<br>**ATLANTA, GA 30374-0428** | X | - | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No.<br><br>**BUSINESS DISTRICT LLC**<br>**ATTN:  LEASE PROCESSING**<br>**11660 W 75TH ST**<br>**SHAWNEE, KS 66214** | X | - | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 126,260.00 |

Sheet no. __12__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

128,164.88

In re    **PHILLIP C WEST**                                              ,    Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**CAMERON AND COMPANY INC**<br>**1140 N TOWN CENTER DR STE 320**<br>**LAS VEGAS, NV 89144** | X | - | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**CAPITAL RETURNS INC**<br>**P O BOX 73916**<br>**CLEVELAND, OH 44193** | X | - | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**CAPOBIANCO, JOSEPH ESQ**<br>**1305 FRANKLIN AVE**<br>**PO BOX 119**<br>**GARDEN CITY, NY 11530** | X | - | | **ATTORNEY FOR STUDEBAKER - WORTHINGTON LEASING CORP. DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**CARBALDAV**<br>**2010 MAIN ST STE 1150**<br>**IRVINE, CA 92614** | X | - | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**CARDS N SUCH**<br>**11178 HURON ST STE 7**<br>**NORTHGLENN, CO 80234** | X | - | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |

Sheet no. __13__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **PHILLIP C WEST** , Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-4384** <br><br> **CARE CREDIT** <br> **GE MONEY BANK** <br> **PO BOX 981127** <br> **EL PASO, TX 79998-1127** | | - | | | | | | **1,135.43** |
| Account No. <br><br> **CARLSON RICHTER & COMPANY** <br> **12245 NICOLLET AVE S** <br> **BURNSVILLE, MN 55337** | X | - | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | **0.00** |
| Account No. <br><br> **CENTERPOINT ENERGY** <br> **P O BOX 4671** <br> **HOUSTON, TX 77210-4671** | X | - | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | **0.00** |
| Account No. **x4484** <br><br> **CHAD THERAPEUTICS** <br> **DEPT NO 8664** <br> **LOS ANGELES, CA 90084-8664** | X | - | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | **0.00** |
| Account No. <br><br> **CHARLES N. KELLEY, ESQ.** <br> **340 JESSE JEWELL PKWY. #602** <br> **ATTY FOR UNITED PHARMACY SERVI** <br> **GAINESVILLE, GA 30501** | | - | | LISTED FOR NOTICE PURPOSES. ATTORNEY FOR UNITED PHARMACY SERVICES CHAPTER 7 BANKRUPTCY CASE. | | | | **Unknown** |

Sheet no. __14__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **1,135.43**

In re    **PHILLIP C WEST** _____,    Case No. _____

_____Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **CHARTER COMMUNICATIONS P O BOX 9001917 LOUISVILLE, KY 40290-1917** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **CHAS LEVY CIRCULATING 33165 TREASURY CENTER CHICAGO, IL 60694-3100** | X | - | | | | X | X | X | 0.00 |
| Account No. xxxxxxx6984 | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **CHRYSLER FINANCIAL P O BOX 55000 DEPT 277001 DETROIT, MI 48255-2770** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **CHRYSLER FINANCIAL PO BOX 9223 FARMINGTON HILL, MI 48333** | X | - | | | | X | X | X | 9,756.21 |
| Account No. xxxxx2609 | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **CINGULAR WIRELESS P O BOX 6463 CAROL STREAM, IL 60197-6463** | X | - | | | | X | X | X | 0.00 |

Sheet no. __15__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **9,756.21**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **PHILLIP C WEST**                                                              ,        Case No. _____

                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **CITY OF GAINESVILLE** **PUBLIC UTILITIES DEPT** **P O BOX 779** **GAINESVILLE, GA 30503-0779** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **CITY OF LAKEVILLE** **20195 HOLYOKE AVE** **LAKEVILLE, MN 55044-9047** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **CITY OF ST PAUL** **TREASURY DIVISION** **350 ST PETER ST STE 300** **ST PAUL, MN 55102-1510** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **CITY OF ST PAUL** **OFFICE OF LICENSE** **350 ST PETER ST STE 300** **ST PAUL, MN 55102-1510** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **CITY OF ST PAUL, TREASURY DEPT** **160 CITY HALL** **15 W KELLOGG BLVD** **ST PAUL, MN 55102** | X | - | | | | X | X | X | 0.00 |

Sheet no. __16__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

In re  **PHILLIP C WEST**                                                                     ,     Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | ATTORNEYS FOR VGM FINANCIAL SERVICES. DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| CLARK BUTLER WALSH & HAMANN 315 E 5TH ST PO BOX 596 WATERLOO, IA 50704 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| CLARK'S VARIETY WHOLESALE 1551 CRANE MILL ROAD ALTO, GA 30510 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| CLEAR CHANNEL OUTDOOR INC C/O BELOIN BROWN BLUM & BAER 2550 HERITAGE COURT STE 200 ATLANTA, GA 30339 | X | - | | | X | X | X | 56,026.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| CONDITIONED AIR SYSTEMS 2410 HILTON WAY SW GAINESVILLE, GA 30501 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| COOL AIR | X | - | | | X | X | X | 0.00 |

Sheet no. __17__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    56,026.00

In re **PHILLIP C WEST** , Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| CORNERSTONE COPY CENTER 13775 FRONTIER CT BURNSVILLE, MN 55337 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| CREATIVE INDEX 3442 FRANCIS RD STE 150 ALPHARETTA, GA 30004 | X | - | | | | X | X | X | 0.00 |
| Account No. xxxxx5001 | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| DAA ENTERPRISES 369 HARVARD ST STE 1 BROOKLINE, MA 02446-2919 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| DAHLONEGA PHARMACY 70 MEMORIAL DR DAHLONEGA, GA 30533 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| DAKOTA ELECTRIC P O BOX 64427 ST PAUL, MN 55164-0427 | X | - | | | | X | X | X | 0.00 |

Sheet no. __18__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **PHILLIP C WEST**                     ,      Case No. _____

                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| DEMARCO, DR FRANK J JR 500 MEDICAL CENTER BLVD LAWRENCEVILLE, GA 30045 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | ATTORNEY FOR CLEAR CHANNEL OUTDOOR, INC.  DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| DEMARTINI, LAURA A ESQ BELOIN BROWN BLUM & BAER 2550 HERITAGE CT STE 200 ATLANTA, GA 30339 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| DENCO BOX 38 ROUSES POINT, NY 12797-0038 | X | - | | | | X | X | X | 0.00 |
| Account No. 738 | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| DOCUMENT DESTRUCTION P O BOX 247 GAINESVILLE, GA 30503 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| DOMOS HME CONSULTING GROUP 9528 - 167TH AVE NE REDMOND, WA 98052 | X | - | | | | X | X | X | 0.00 |

Sheet no. __19__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal       0.00
        (Total of this page)

In re    **PHILLIP C WEST** _____ ,    Case No. _____

                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DRUG PACKAGE INC**<br>**901 DRUG PACKAGE LANE**<br>**O'FALLON, MO 63366** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**DULUTH NEWS TRIBUNE**<br>**424 W FIRST ST**<br>**P O BOX 169000**<br>**DULUTH, MN 55816-9000** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**DYNA LABS**<br>**3830 WASHINGTON BLVD**<br>**ST LOUIS, MO 63108** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**E Z GREGORY INC**<br>**P O BOX 44268**<br>**MADISON, WI 53744-4268** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**ECLIPSE SUNGLASSES**<br>**P O BOX 204**<br>**SAVAGE, MN 55378-0204** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |

Sheet no. __20__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **PHILLIP C WEST** , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| EDWARD SERVICES | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| ELECTRO WATCHMAN INC 1 WEST WATER ST STE 110 ST PAUL, MN 55107 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| EMERGENCY PHYSICIANS PA 7301 OHMS LANE STE 650 EDINA, MN 55439-4000 | | - | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| EMILY COLE 121 W GRANT ST STE 212 MINNEAPOLIS, MN 55403-2341 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| EMMA MALLAK 4836 COUNTRY SIDE DR FLOWERY BRANCH, GA 30542 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |

Sheet no. __21__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **PHILLIP C WEST**                                        ,    Case No. _____

                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | - | | | | | | |
| **EMORY EASTSIDE MED CTR** **PO BOX 406092** **ATLANTA, GA 30384** | | | | | | | | **0.00** |
| **Account No.** | X | - | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | |
| **ENTERPRISE FUNDING** **4308 THREE MILE RD NW STE A** **GRAND RAPIDS, MI 49534** | | | | | | | | **84,958.20** |
| **Account No.** | X | - | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | |
| **EVANS NATIONAL LEASING** **ONE GRIMSBY DR** **HAMBURG, NY 14075** | | | | | | | | **0.00** |
| **Account No.** | X | - | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | |
| **F DOHMEN CO** **35180 EAGLE WAY** **CHICAGO, IL 60678-1351** | | | | | | | | **0.00** |
| **Account No.** | X | - | | ATTORNEY FOR ALLIANCE FINANCIAL LLC & FIRST CREDIT CORPORATION. DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | |
| **FAHNLANDER, VINCENT J ESQ** **MOHRMAN & KAARDAL PA** **33 S SIXTH ST STE 4100** **MINNEAPOLIS, MN 55402** | | | | | | | | **0.00** |

Sheet no. __22__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                           (Total of this page)     **84,958.20**

In re    **PHILLIP C WEST** _____ ,    Case No. _____

                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **FAIRVIEW CENTRAL BUSINESS OFFICE 400 STINSON BLVD MINNEAPOLIS, MN 55413** | | - | | | | | 0.00 |
| Account No. <br><br> **FAMILY TIMES P O BOX 16422 ST LOUIS PARK, MN 55416** | X | - | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No. <br><br> **FARNER-BOCKEN 1751 HIGHWAY 30 E PO BOX 368 CARROLL, IA 51401** | X | - | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No. <br><br> **FEDERAL EXPRESS P O BOX 94515 PALATINE, IL 60094-4515** | X | - | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No. <br><br> **FINANCIAL PACIFIC LEASING 3455 SOUTH 344TH WAY AUBURN, WA 98001** | X | - | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |

Sheet no. __23__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal <br> (Total of this page)      0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re  **PHILLIP C WEST**                                                      ,        Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **FIRST CHOICE MEDICAL**<br>**P O BOX 1250**<br>**AUGUSTA, GA 30903-1250** | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **FIRST CREDIT CORPORATION**<br>**4300 BAYOU BLVD STE 33**<br>**PENSACOLA, FL 32503** | X | - | | | | X | X | X | |
| | | | | | | | | | 65,498.07 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **FIRST CREDIT FUNDING**<br>**P O BOX 2149**<br>**GIG HARBOR, WA 98335** | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **FIRST CREDIT FUNDING**<br>**P O BOX 3892**<br>**SEATTLE, WA 98124-3892** | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **FIRST DATABANK**<br>**8425 WOODFIELD CROSSING BLVD**<br>**P O BOX 40930**<br>**INDIANAPOLIS, IN 46240-0930** | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |

Sheet no. __24__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                65,498.07

In re   **PHILLIP C WEST** _____,   Case No. _____
                                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **FIRST HEALTH P O BOX 11807 TUCSON, AZ 85734** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **FIRST MUTUAL BANK PO BOX 1647 BELLEVUE, WA 98009** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **FIRST PORTLAND** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **FIRST PREMIER BANK 601 S MINNESOTA AVE SIOUX FALLS, SD 57101** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **FIRST PREMIER CAPITAL LLC 5201 EDEN AVENUE STE 180 EDINA, MN 55436** | X | - | | X | X | X | 0.00 |

Sheet no. __25__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re    **PHILLIP C WEST**                                 ,     Case No. _____

                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **FIRSTCORP** <br> **8700 WAUKEGAN RD STE 100** <br> **MORTON GROVE, IL 60053** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No. **xx8000** <br><br> **FISHER & PAYKEL HEALTHCARE** <br> **BANK OF AMERICA** <br> **12724 COLLECTIONS CENTER DR** <br> **CHICAGO, IL 60693** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 15,694.95 |
| Account No. <br><br> **FMC DISTRIBUTION** <br> **850 E PARKRIDGE AVE B117** <br> **CORONA, CA 92879** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No. <br><br> **FORSYTH EXTERMINATING** <br> **203 E MAIN ST STE B** <br> **CUMMING, GA 30040** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No. <br><br> **FPC FUNDING II LLC** <br> **8700 WAUKEGAN RD STE 100** <br> **MORTON GROVE, IL 60053** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |

Sheet no. __26__ of __76__ sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)     **15,694.95**

In re **PHILLIP C WEST** , Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **FRITZ COMPANY INC** **1912 HASTINGS AVE** **NEWPORT, MN 55055** | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. **xxxxxxx685/0** | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **FRONTIER COMMUNICATIONS** **P O BOX 92833** **ROCHESTER, NY 14692-8933** | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. **x1398** | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **GALLIPOT INC** **2020 SILVER BELL RD** **ST PAUL, MN 55122** | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **GARY WEST** **14815 W TOMAHAWK WAY** **SUN CITY WEST, AZ 85375** | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **GE COMMERCIAL FINANCE** **GE MONEY BANK** **PO BOX 981127** **EL PASO, TX 79998-1127** | X | - | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __27__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

In re   **PHILLIP C WEST** _____, Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **GEORGIA BOARD OF PHARMACY** **237 COLISEUM DR** **MACON, GA 31217** | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **GEORGIA MEDICAL REPAIR INC** **P O BOX 73201** **RICHMOND, VA 23235** | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. xxxxxxxxxxxx7501 | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **GEORGIA NATIONAL GAS** **P O BOX 659411** **SAN ANTONIO, TX 78265-9411** | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. xxxxxx8039 | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **GEORGIA POWER** **96 ANNEX** **ATLANTA, GA 30396-0001** | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. xxxxxx9500 | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **GEORGIAN BANK** **2055 N BROWN RD STE 200** **LAWRENCEVILLE, GA 30043** | X | - | | | | X | X | X | |
| | | | | | | | | | 355,604.59 |

Sheet no. __28__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

355,604.59

In re  **PHILLIP C WEST** _____,  Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **GEORGIAN BANK P O BOX 1309 POWDER SPRINGS, GA 30127** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **GLASS DOCTOR 7460 OXFORD ST ST LOUIS PARK, MN 55406** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **GLOBAL CROSSING P O BOX 741276 CINCINNATI, OH 45274-1276** | X | - | | X | X | X | 0.00 |
| Account No. **xx0301** | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **GOLDEN TECHNOLOGIES INC 401 BRIDGE ST OLD FORGE, PA 18518** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **GOOD AGE NEWSPAPER 919 LAFOND AVE ST PAUL, MN 55104** | X | - | | X | X | X | 0.00 |

Sheet no. __**29**__ of __**76**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __PHILLIP C WEST__ , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **GOPHER MINI STORAGE** 10685 165TH ST W LAKEVILLE, MN 55044 | X | - | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No. **xxxxx2369** **GRAINGER** DEPT 048-857542369 PALATINE, IL 60038-0001 | X | - | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No. **GREATER BAY BANK NA** 300 TRI-STATE INT'L STE 400 LINCOLNSHIRE, IL 60069 | X | - | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 95,428.41 |
| Account No. **GREATER BAY CAPITAL** CONTRACTS DEPT 100 TRI-STATE INT'L STE 140 LINCOLNSHIRE, IL 60069 | X | - | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No. **GUARANTEED RETURNS** 140 N BELLE MEAD RD EAST SETAUKET, NY 11733 | X | - | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |

Sheet no. __30__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 95,428.41

In re **PHILLIP C WEST** _____ , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **UPITPH** | | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| H & H WHOLESALE 1099 ROCHESTER RD TROY, MI 48083 | X | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| HARMON GLASS 2400 MINNEHAHA AVE S MINNEAPOLIS, MN 55404 | X | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | | | | | | |
| HCA THE HEALTHCARE COMPANY 5707 PEACHTREE PARKWAY NORCROSS, GA 30092 | | - | | | | | | | | 0.00 |
| Account No. **GA012** | | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| HEALTHCARE & DIAGNOSTIC SOLUTI P O BOX 730 LOXLEY, AL 36551 | X | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | | ATTORNEY FOR ALLEGIANT PARTNERS. DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| HEWITSON, STEVEN J ESQ TROUTMAN SANDERS LLP 600 PEACHTREE ST NE STE 5200 ATLANTA, GA 30308 | X | - | | | | | X | X | X | 0.00 |

Sheet no. __31__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **PHILLIP C WEST** , Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| HOLOX LTD CALLER 6100 NORCROSS, GA 30091-6100 | X | - | | | | | X | X | X | |
| | | | | | | | | | | 0.00 |
| Account No. **xx5545** | | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| HUDSON RCI P O BOX 951836 DALLAS, TX 75395-1836 | X | - | | | | | X | X | X | |
| | | | | | | | | | | 0.00 |
| Account No. | | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| HUNTINGTON NATIONAL BANK 105 E FOURTH ST STE 200 CINCINNATI, OH 45202 | X | - | | | | | X | X | X | |
| | | | | | | | | | | 0.00 |
| Account No. | | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| IFC CREDIT CORPORATION 8700 WAUKEGAN RD STE 100 MORTON GROVE, IL 60053-2104 | X | - | | | | | X | X | X | |
| | | | | | | | | | | 0.00 |
| Account No. | | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| IMPRESSIONS ON HOLD MARLIN LEASING P O BOX 13604 PHILADELPHIA, PA 19101-3604 | X | - | | | | | X | X | X | |
| | | | | | | | | | | 0.00 |

Sheet no. __32__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **PHILLIP C WEST**                                          Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| INDEPENDENT PHARMACY COOP 1550 COLUMBUS ST SUN PRAIRIE, WI 53590 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| INFORMATION LEASING CORP 1023 W EIGHTH ST CINCINNATI, OH 45203 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| INT'L JOURNAL OF COMPOUNDING P O BOX 820907 HOUSTON, TX 77282 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| INTEGRARIVE MEDICINE ACCESS P O BOX 1603 NEWBURGH, NY 12551-1603 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| INTUIT 2800 E COMMERCE CENTER PL TUCSON, AZ 85706 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |

Sheet no. __33__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **PHILLIP C WEST** , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **INVACARE** **33416 TREASURY CENTER** **CHICAGO, IL 60694-3400** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **INVACARE CORPORATION** **ONE IVACARE WAY** **ELYRIA, OH 44035** | X | - | | | | X | X | X | 44,414.97 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **INVACARE CREDIT CORP** **P O BOX 41601** **PHILADELPHIA, PA 19101-1601** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **INVACARE SUPPLY** **P O BOX 642878** **PITTSBURG, PA 15264-2878** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **IVAX** **P O BOX 96884** **CHICAGO, IL 60693** | X | - | | | | X | X | X | 0.00 |

Sheet no. __34__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,414.97

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **PHILLIP C WEST** _____ ,  Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| JAYS COMPANY INC<br>P O BOX 47395<br>MINNEAPOLIS, MN 55447 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | LISTED FOR NOTICE ONLY. DEBTOR JOHN RAY CONVERTED ASSETS OF UNITED PHARMACY SERVICES | | | | |
| JOHN RAY<br>7850 AVERY BRIDGE LANE<br>GAINESVILLE, GA 30506 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| KOPY KAT<br>P O BOX 5983<br>GAINESVILLE, GA 30504-0983 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| LACROSSE TRIBUNE<br>401 N THIRD ST<br>P O BOX 865<br>LA CROSSE, WI 54602-0420 | X | - | | | | X | X | X | 0.00 |
| Account No. GDP07 | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| LAKEVIEW PUBLISHING<br>210 DAHLONEGA ST STE 101<br>CUMMING, GA 30040 | X | - | | | | X | X | X | 0.00 |

Sheet no. __35__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **PHILLIP C WEST**                               ,     Case No. _____

                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**LAKEVILLE SANITATION**<br>**P O BOX 769**<br>**LAKEVILLE, MN 55044** | X | - | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No. **A4G071**<br><br>**LETCO MEDICAL**<br>**1316 COMMERCE DR**<br>**DECATUR, AL 35601** | X | - | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**LIFEGAS**<br>**CALLER 4100**<br>**NORCROSS, GA 30091-4100** | X | - | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**LILLY SUBURBAN NEWSPAPERS**<br>**2515 E 7TH AVE**<br>**N ST PAUL, MN 55109** | X | - | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**LINT SECURITY**<br>**4408 SARDIS DR**<br>**GAINESVILLE, GA 30506** | X | - | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |

Sheet no. __36__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                               Subtotal             **0.00**
                         (Total of this page)

In re    **PHILLIP C WEST**                                      ,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| LIPPINCOTT WILLIAMS & WILKINS P O BOX 1530 HAGERSTOWN, MD 21741 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| LISTMART 171 ENGLISH LANDING DR STE 200 KANSAS CITY, MO 64152 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| LITURGICAL PUBLICATIONS P O BOX 510817 NEW BERLIN, WI 53151-0817 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| LOIS, DR TOM 2121 FOUNTAIN DR STE K ATLANTA, GA 30327 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| LOMMEN NELSON LAW FIRM 1800 IDS CENTER 80 S EIGHTH ST MINNEAPOLIS, MN 55402 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |

Sheet no. __37__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **PHILLIP C WEST** , Case No. _____
                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.                                          **LUCENT TECHNOLOGIES** P O BOX 890222 CHARLOTTE, NC 28289 | X | - | | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No.                                          **M & C LEASING CO** P O BOX 2935 BUFFALO, NY 14240-2935 | X | - | | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No.                                          **M & C LEASING CO INC** 85 RIVER ROCK DR STE 104 BUFFALO, NY 14207 | X | - | | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No.                                          **MADA MEDICAL** 625 WASHINGTON AVE CARLSTADT, NJ 07072 | X | - | | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No. **xx3597**                              **MALLINCKRODT** P O BOX 905835 CHARLOTTE, NC 28290-5835 | X | - | | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |

Sheet no. __38__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          0.00

In re  **PHILLIP C WEST**                                                                      ,        Case No. _____

                                                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | ATTORNEYS FOR UNION CAPITAL PARTNERS. DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| MARSDEN, WILLIAM G ESQ PRINCE YEATES & GELDZAHLER 175 E 400 S STE 900 SALT LAKE CITY, UT 84111 | X | - | | X | X | X | 0.00 |
| Account No. | | | ATTORNEY FOR FINANCIAL PACIFIC LEASING. DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| MARTIN, JAMES ESQ SIMPSON LAW OFFICE LLP 3490 PIEDMONT RD STE 300 ATLANTA, GA 30305 | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| MATRIX DISTRIBUTORS P O BOX 250 SOUTH RIVER, NJ 08882 | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| MATRIX DISTRIBUTORS INC 110 TICES LANE BUILDING A UNIT 5B EAST BRUNSWICK, NJ 08816 | X | - | | X | X | X | 22,749.12 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| MBNA P O BOX 37279 BALTIMORE, MD 21297-3279 | X | - | | X | X | X | 0.00 |

Sheet no. __39__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    22,749.12

In re  **PHILLIP C WEST**                                                          ,          Case No. _____

                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| MCCRACKEN LABEL 5303 S KEELER AVE CHICAGO, IL 60632 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| MCKENZIE DRUGS 4814 HIGHWAY 78 LILBURN, GA 30047 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| MCKESSON CORP NW9024 P O BOX 1450 MINNEAPOLIS, MN 55485 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| MCKESSON CORP-OMNI LINK P O BOX 70252 CHICAGO, IL 60673-0252 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| MCKESSON HBOC 1315 N CHOUTEAU TRAFFICWAY KANSAS CITY, MO 64120 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |

Sheet no. __40__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                                                  0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re **PHILLIP C WEST** , Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **MCKESSON PHARMACY SYSTEMS P O BOX 633924 CINCINNATI, OH 45263-3924** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **MEDE AMERICA P O BOX 74243 CLEVELAND, OH 44194** | X | - | | | | X | X | X | 0.00 |
| Account No. xxx2097 | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **MEDICAL ARTS PRESS P O BOX 94777 PALATINE, IL 60094-4777** | X | - | | | | X | X | X | 0.00 |
| Account No. 6443GA | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **MEDICAL INDUSTRIES AMERICA 2636 - 289TH PLACE ADEL, IA 50003-8021** | X | - | | | | X | X | X | 0.00 |
| Account No. SISK01 | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **MEDISCA INC P O BOX 2592 PLATTSBURGH, NY 12901** | X | - | | | | X | X | X | 0.00 |

Sheet no. __41__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re **PHILLIP C WEST**                                      , Case No. _____
                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **MELS ELECTRICAL SERVICE INC** **4870 LEDAN EXTENSION** **GAINESVILLE, GA 30506-2558** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **MENASHA CORP** **DRAWER 823** **MILWAUKEE, WI 53278** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **METRO CASH REGISTER SYSTEMS** **2145 UNIVERSITY AVE** **ST PAUL, MN 55114** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **METRO TRANSIT** **CONVENIENCE FARES** **560 - 6TH AVE N** **MINNEAPOLIS, MN 55411-4398** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **MICROMEDEX** **P O BOX 95553** **CHICAGO, IL 60694-5553** | X | - | | | | X | X | X | 0.00 |

Sheet no. __42__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re **PHILLIP C WEST** , Case No. _____
_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **MIDWEST COCA COLA** **SDS 12-1015** **P O BOX 86** **MINNEAPOLIS, MN 55486-1015** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **MIKES GUTTER SERVICE** **3396 NANCY CREEK RD** **GAINESVILLE, GA 30501** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **MINNESOTA BOARD OF PHARMACY** **2829 UNIVERSITY AVE SE STE 530** **MINNEAPOLIS, MN 55414-3251** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **MINNESOTA PHARMACIST ASSN** **1935 W COUNTY RD B-2 STE 450** **ROSEVILLE, MN 55113** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **MINNESOTA SENIOR NEWS** **IRIS PARK PLACE SUITE 171** **1885 UNIVERSITY AVE W** **ST PAUL, MN 55104** | X | - | | | | X | X | X | 0.00 |

Sheet no. __43__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 0.00

In re  **PHILLIP C WEST**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| MN DEPT AGRICULTURE LICENSING SECTION 90 W PLATO BLVD ST PAUL, MN 55107-2094 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| MN DEPT REVENUE 551 BANKRUPTCY SECTION PO BOX 64447 ST PAUL, MN 55164 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| MN POSTER COMPLIANCE CENTER 1043 GRAND AVE ST PAUL, MN 55105 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| MORRIS LAW FIRM 2045 IDS CENTER 80 S EIGHTH ST MINNEAPOLIS, MN 55402 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| MY ANSWERING SERVICE 803 MIDDLEBROOK DR JONESBORO, GA 30236 | X | - | | | | X | X | X | 0.00 |

Sheet no. __44__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

In re   **PHILLIP C WEST**                                     ,       Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| NARDINI FIRE EQUIPMENT CO 405 COUNTY RD E W ST PAUL, MN 55126 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| NATIONAL CITY COMMERCIAL CAPITAL CORPORATION 995 DALTON AVE CINCINNATI, OH 45203 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. xxxx9724 | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| NATIONAL PEN CORPORATION DEPT 274501 P O BOX 55000 DETROIT, MI 48255-2745 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| NEIGHBOR NEWSPAPERS 580 FAIRGROUND ST P O BOX 449 MARIETTA, GA 30061 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| NET-TEL COMMUNICATIONS P O BOX 631489 BALTIMORE, MD 21263-1489 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |

Sheet no. __45__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re  **PHILLIP C WEST**                                                                 ,        Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| NGCSU BOX 8251 DAHLONEGA, GA 30597 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| NIELS SPIRITWEAR P O BOX 1025 WINDER, GA 30680 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| NISSAN MOTOR ACCEPTANCE CORP P O BOX 0502 CAROL STREAM, IL 60132-0502 | X | - | | | | X | X | X | 0.00 |
| Account No. **UNI6035** | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| NOREAST CAPITAL P O BOX 4128 ANNAPOLIS, MD 21403 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| NORWEST BANK MINNESOTA NA P O BOX B514 MINNEAPOLIS, MN 55479-0514 | X | - | | | | X | X | X | 0.00 |

Sheet no. __46__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re **PHILLIP C WEST** , Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **OAK HILL BANKS** **PO BOX 647** **JACKSON, OH 45640** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **OMNI LINK** **NW9024** **PO BOX 1450** **MINNEAPOLIS, MN 55485** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **OMRON HEALTHCARE** **1200 LAKESIDE DR** **BANNOCKBURN, IL 60015** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **OSLAND JANITORIAL SUPPLY** **1401 E CLIFF RD** **BURNSVILLE, MN 55337** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **PACIFICA CAPITAL** **8105 IRVINE CENTER DR STE 500** **IRVINE, CA 92618** | X | - | | | | X | X | X | 0.00 |

Sheet no. __47__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

In re  **PHILLIP C WEST**                                                        ,  Case No. _____

                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| PAID PRESCRIPTIONS LLC PO BOX 719 PARSIPPANY, NJ 07054-0719 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| PALMETTO GBA DEMERC OVERPAYMEN PO BOX 100183 COLUMBIA, SC 29202-3183 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| PAR MED P O BOX 90272 CHICAGO, IL 60696-0272 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. **SWx5106** | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| PARI RESPIRATORY EQUIPMENT 13800 HULL STREET RD MIDLOTHIAN, VA 23112 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| PAVAMANI, VICTOR E 1700 TREE LANE STE 410 SNELLVILLE, GA 30078 | | - | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __48__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        0.00

In re  **PHILLIP C WEST**                                      Case No. _____
                                                    ,
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| PAWNEE LEASING CORP 700 CENTRE AVE FORT COLLINS, CO 80526 | X | - | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| PEACH STATE FIRE INC 626 INDUSTRIAL BLVD GAINESVILLE, GA 30501 | X | - | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. CK0800 | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| PEACHTREE PACKAGING 770 MARATHON PKWY LAWRENCEFVILLE, GA 30045 | X | - | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| PENNER & WELSCH 10016 RIVER ROAD ST ROSA, LA 70087 | X | - | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| PEPSI COLA P O BOX 75948 CHICAGO, IL 60675 | X | - | | X | X | X | |
| | | | | | | | 0.00 |

Sheet no. __49__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **PHILLIP C WEST** , Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **PHARMPAC** <br> **2205 ARKWRIGHT ST** <br> **MAPLEWOOD, MN 55117-1823** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No. <br><br> **PIEDMONT MASTER PRINTING** <br> **P O BOX 661** <br> **WINDER, GA 30680** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No. **4133** <br><br> **PINNACLE MEDSOURCE** <br> **P O BOX 116813** <br> **ATLANTA, GA 30368-6813** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No. <br><br> **PIONEER PRESS** <br> **P O BOX 64831** <br> **ST PAUL, MN 55164-0831** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No. **xxxxxxx0862** <br><br> **PITNEY BOWES** <br> **P O BOX 856042** <br> **LOUISVILLE, KY 40285-6042** | X | - | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |

Sheet no. __50__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re  **PHILLIP C WEST**                                                                    ,        Case No. _____

                                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **PLUS PUBLICATION** <br> **P O BOX 230** <br> **HARTLAND, WI 53029** | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **PODIUM FINANCIAL GROUP** <br> **485 E 17TH ST SUITE 604** <br> **COSTA MESA, CA 92627** | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **POLKA DOT** <br> **110 E 17TH ST** <br> **HASTINGS, MN 55033** | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **POST BULLETIN COMPANY** <br> **P O BOX 6118** <br> **ROCHESTER, MN 55903-6118** | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **POSTER COMPLIANCE CENTER** <br> **3687 MT DIABLO BLVD STE B100** <br> **LAFAYETTE, CA 94549-3744** | X | - | | | X | X | X | 0.00 |

Sheet no. __51__ of __76__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)            0.00

In re  **PHILLIP C WEST**                                          ,          Case No. _____

                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| POSTMASTER SEEGER SQUARE P O BOX 886 ARCADE ST ST PAUL, MN 55106-9998 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| PRECISION LABORATORY PLASTICS P O BOX 130 GIG HARBOR, WA 98335 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| PREFERRED CAPITAL INC 6860 W SNOWVILLE RD STE 110 BRECKSVILLE, OH 44141 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| PREFERRED ONE 6105 GOLDEN HILLS DR GOLDEN VALLEY, MN 55416 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| PRIDE MOBILITY PRODUCTS 182 SUSQUEHANNA AVE EXETER, PA 18643-2694 | X | - | | | | X | X | X | 0.00 |

Sheet no. __52__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    0.00

In re **PHILLIP C WEST** , Case No. _____
                                             Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **PRINCE & YEATES ATTY FOR UNION CAPITAL PARTNER 175 E 400 SOUTH #900 Salt Lake City, UT 84111** | | - | | ATTORNEYS FOR UNION CAPITAL PARTNERS, LLC. | | | | 0.00 |
| Account No. **PROF CARPET & UPHOLSTERY CLEAN 2476 HAVERTON RD MENDOTA HEIGHTS, MN 55120** | X | - | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No. **PROFORMA P O BOX 640814 CINCINNATI, OH 45264-0814** | X | - | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No. **PRUDENT PUBLISHING P O BOX 360 RIDGEFIELD PARK, NJ 07660-0360** | X | - | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No. **PURCHASE POWER P O BOX 856042 LOUISVILLE, KY 40285-6042** | X | - | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |

Sheet no. __53__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re  **PHILLIP C WEST**                                           ,  Case No. _____

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| QWEST P O BOX 1301 MINNEAPOLIS, MN 55483-0001 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| R & S SALES INC P O BOX 840839 DALLAS, TX 75284-0839 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| R E FRITZ P O BOX 27359 MINNEAPOLIS, MN 55427-4485 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| R E FRITZ 8511 - 10TH AVE N MINNEAPOLIS, MN 55427-4485 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| RADIO AMERICA P O BOX 94258 CHICAGO, IL 60690 | X | - | | | | X | X | X | 0.00 |

Sheet no. __54__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **PHILLIP C WEST**                                                ,          Case No. _____
                                             Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**RAINBOW PHARMACY**<br>**892 ARCADE ST**<br>**ST PAUL, MN 55106** | X | - | | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No.<br><br>**RED ARROW WASTE DISPOSAL**<br>**44 E ACKER ST**<br>**ST PAUL, MN 55117** | X | - | | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No.<br><br>**RED BOOK**<br>**P O BOX 10689**<br>**DES MOINES, IA 50336-0689** | X | - | | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No. **9553**<br><br>**RESMED**<br>**LOCKBOX 51054**<br>**LOS ANGELES, CA 90051-5354** | X | - | | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No.<br><br>**RESPIRATORY DISTRIBUTORS INC**<br>**AMSOUTH BANK**<br>**P O BOX 11407**<br>**BIRMINGHAM, AL 35246-0439** | X | - | | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |

Sheet no. __55__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  0.00

In re  **PHILLIP C WEST**                                                          ,    Case No. _____

                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx6542** | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **RESPIRONICS**<br>**P O BOX 640817**<br>**PITTSBURGH, PA 15264-0817** | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **RETAIL SERVICES**<br>**P O BOX 5238**<br>**CAROL STREAM, IL 60197-5238** | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **RICHARD C BELLOWS**<br>**P O BOX 441**<br>**GAINESVILLE, GA 30503-0441** | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **RIPLEY NATIONAL BANK**<br>**101 MAIN STREET**<br>**RIPLEY, OH 45167** | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **ROCKFORD CAPITAL LEASING**<br>**550 TOWNSHIP LINE RD STE 425**<br>**BLUE BELL, PA 19422** | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |

Sheet no. __**56**__ of __**76**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re **PHILLIP C WEST** , Case No. _____
                                   Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **ROCKFORD CAPITAL LEASING** **4249 E STATE ST STE 301** **ROCKFORD, IL 61108** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **ROGERS PRINTE SHOPPE** **790 SEVENTH ST E** **ST PAUL, MN 55106** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **ROYAL BANK AMERICA LEASING** **550 TOWNSHIP LINE RD STE 425** **BLUE BELL, PA 19422** | X | - | | | | X | X | X | 227,180.14 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **ROYAL BANK AMERICA LEASING LP** **550 TOWNSHIP LINE RD STE 425** **BLUE BELL, PA 19422** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **RUTH DORNFELD** | X | - | | | | X | X | X | 0.00 |

Sheet no. __57__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            227,180.14

In re   **PHILLIP C WEST**                                              ,   Case No. _____
                                                                         Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **UNSTMN** | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| SALTER LABS 100 W SYCAMORE RD ARVIN, CA 93203 | X | - | | | X | X | X | 2,685.08 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| SAMS CLUB P O BOX 4596 CAROL STREAM, IL 60197-4596 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| SANTA BARBARA BANK & TRUST 1 SOUTH LOS CARNEROS GOLETA, CA 93117 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| SANTA BARBARA BANK & TRUST P O BOX 60607 SANTA BARBARA, CA 93160-0607 | X | - | | | X | X | X | 81,333.52 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| SCOTT KONECZNY | X | - | | | X | X | X | 0.00 |

Sheet no. __58__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                84,018.60

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re   **PHILLIP C WEST**                                                                 ,          Case No. _____
                                             Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| SECRETARY OF STATE 180 STATE OFFICE BLDG 100 CONSTITUTION AVE ST PAUL, MN 55155-1299 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| SHRED-IT 6943 WASHINGTON AVE S EDINA, MN 55439 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| SHURGARD STORAGE 7760 ROSWELL RD DUNWOODY, GA 30350 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| SIA 5400 BROKEN SOUND BLVD NW SUITE 500 BOCA RATON, FL 33487-3522 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| SIGNATURE AUTO SALES 1517 BROWNS BRIDGE RD GAINESVILLE, GA 30504 | X | - | | | X | X | X | 0.00 |

Sheet no. __59__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __**PHILLIP C WEST**_____,   Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **V2420** | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **SIGNIUS** **7851 OLD MORROW RD** **JONESBORO, GA 30236** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **SILVERMARK CAPITAL** **400 GULF FAIRWAY STE 300** **HOUSTON, TX 77023** | X | - | | | | X | X | X | 0.00 |
| Account No. **xxxx8245** | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **SILVERMARK CAPITAL** **5757 MEMORIAL DR SECOND FLOOR** **HOUSTON, TX 77077** | X | - | | | | X | X | X | 62,790.00 |
| Account No. | | | | | ATTORNEY FOR FIRST PREMIER CAPITAL LLC. DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **SINGER, GEORGE ESQ** **LINDQUIST & VENNUM PLLP** **80 S EIGHTH ST STE 4200** **MINNEAPOLIS, MN 55402** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **SLEEP NET CORPORATION** **1050 PERIMETER RD** **MANCHESTER, NH 03103** | X | - | | | | X | X | X | 0.00 |

Sheet no. __**60**__ of __**76**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **62,790.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re **PHILLIP C WEST** , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| SOUTHEASTERN STAFFING INC 225 W BUSCH BLVD TAMPA, FL 33612 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| SPRINT P O BOX 660092 DALLAS, TX 75266-0092 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| ST JOHNS 771 MARGARET ST ST PAUL, MN 55106 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| ST PAUL FIRE & MARINE 388 WASHINGTON ST ST PAUL, MN 55102 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| ST PAUL WATER UTILITY 8 - 4TH ST STE 200 ST PAUL, MN 55101-1007 | X | - | | | | X | X | X | 0.00 |

Sheet no. __61__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re **PHILLIP C WEST**,       Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3624+** | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **STAND GUARD** **P O BOX 62291** **NEW ORLEANS, LA 70162** | X | - | | X | X | X | 0.00 |
| Account No. **xxxx4054** | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **STANDARD** **P O BOX 907126** **GAINESVILLE, GA 30501-0903** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **STAR TRIBUNE** **P O BOX 1285** **MINNEAPOLIS, MN 55440** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **STATE AUTO INSURANCE** **P O BOX 182738** **COLUMBUS, OH 43218-2738** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **STATE FARM INSURANCE COMPANIES** **7401 CYPRESS GARDENS BLVD** **WINTER HAVEN, FL 33888-0007** | X | - | | X | X | X | 0.00 |

Sheet no. __62__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **PHILLIP C WEST** , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | | | | |
| **STATE OF WISCONSIN** **DEPT OF REGULATION AND LICENSE** **P O BOX 8935** **MADISON, WI 53708-8935** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | | | | |
| **STEAMBOAT MAGAZINE** **P O BOX 881659** **STEAMBOAT SPRINGS, CO 80488** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | | | | |
| **STERLING NATIONAL BANK** **500 7TH AVE 11TH FLOOR** **NEW YORK, NY 10018** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | | | | |
| **STRATUS COMMUNICATIONS** **P O BOX 720670** **ATLANTA, GA 30358** | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | | | | |
| **STUDEBAKER-WORTHINGTON LEASING** **100 JERICHO QUADRANGLE** **JERICHO, NY 11753** | X | - | | | | X | X | X | 0.00 |

Sheet no. __63__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re  **PHILLIP C WEST**                                                                 ,   Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| SUNRISE MEDICAL 7030 COLLECTION CENTER DR CHICAGO, IL 60693 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| SUPERIOR PHARMACEUTICAL FPP DISTRIBUTION P O BOX 26657 NEW YORK, NY 10087-6657 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| SUSANNA CLUTHE 563 TRILLUM COURT MARIETTA, GA 30008 | X | - | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| SUSQUEHANNA PATRIOT COMMERCIAL LEASING COMPANY INC 1566 MEDICAL DR STE 201 POTTSTOWN, PA 19464 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| TACY MEDICAL INC P O BOX 15807 FERNANDINA BEACH, FL 32035-3114 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |

Sheet no. __64__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  0.00

In re  **PHILLIP C WEST** ,                          Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| TAMARACK MATERIALS INC 9300 JAMES AVE S BLOOMINGTON, MN 55431 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. **UNITED PHA** | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| TEAM DME 750 OLD HICKORY BLVD BUILDING 2, SUITE 220 BRENTWOOD, TN 37027 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| TELEFLEX MEDICAL 4024 STIRRUP CREEK DR STE 720 DURHAM, NC 27703 | X | - | | | | X | X | X | |
| | | | | | | | | | 616.88 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| TELETEK 2101 KENNEDY ST E MINNEAPOLIS, MN 55413 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| TENNESSEE COMMERCE BANK 381 MALLORY STATION RD STE 207 FRANKLIN, TN 37067 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |

Sheet no. __65__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          616.88

In re **PHILLIP C WEST** , Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| THE GOPHER COMPANY 2701 - 36TH AVE S MINNEAPOLIS, MN 55406 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| THE HUNTINGTON NATIONAL BANK EQUIPMENT FINANCE DIVISION P O BOX 701096 CINCINNATI, OH 45270-1096 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| THE RIBBON DIVISION LTD 21623 MARILLA ST CHATSWORTH, CA 91311 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| THE TIMES P O BOX 100003 GAINESVILLE, GA 30503 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| THIS WEEK PUBLICATIONS 2325 PARKLAWN DR STE R WAUKESHA, WI 53186 | X | - | | | X | X | X | 0.00 |

Sheet no. __66__ of __76__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

In re  **PHILLIP C WEST**                                    ,     Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **THOMAS DRUG**<br>**2704 JEFFERSON ST**<br>**AUSTELL, GA 30168** | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **THOMAS HEALTHCARE DMS**<br>**P O BOX 95553**<br>**CHICAGO, IL 60694-5553** | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **TIARA MEDICAL SYSTEMS**<br>**14414 DETROIT AVE STE 206**<br>**LAKEWOOD, OH 44107** | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **TIM CAGLE CPA**<br>**2485 BETHANY RD**<br>**ALPHARETTA, GA 30004** | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **TRICARE**<br>**AG-900**<br>**PO BOX 100279**<br>**COLUMBIA, SC 29202-3279** | X | - | | | X | X | X | 0.00 |

Sheet no. __67__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re  **PHILLIP C WEST**                                           , Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| TRINITY CAPITAL P O BOX 515487 LOS ANGELES, CA 90051-6787 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| TRM CORPORATION 5208 NE 122ND AVE PORTLAND, OR 97230-1074 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| TWIN CITY SCALE COMPANY INC 3011 E 42ND ST MINNEAPOLIS, MN 55406 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| TWO DAYS INC 3907 LAKE LEAF VIEW SUWANEE, GA 30024 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. **xxx9111** | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| ULINE 2200 S LAKESIDE DR WAUKEGAN, IL 60085 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |

Sheet no. __**68**__ of __**76**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

In re  **PHILLIP C WEST**                                                    ,          Case No. _____
                                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**UNION CAPITAL PARTNERS LLC**<br>**6905 SOUTH 1300 EAST STE 180**<br>**MIDVALE, UT 84047** | X | - | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**UNISON MICROCOMPUTER CENTER**<br>**113 BRADFORD ST SE**<br>**GAINESVILLE, GA 30501** | X | - | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**UNITED HEALTH CARE INSURANCE**<br>**PITTSBURG SERVICE CENTER**<br>**P O BOX 740819**<br>**ATLANTA, GA 30374-0819** | X | - | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No. **xRxxWx & 4R97W8**<br><br>**UNITED PARCEL SERVICE**<br>**P O BOX 7247-0244**<br>**PHILADELPHIA, PA 19170-0001** | X | - | | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | 0.00 |
| Account No.<br><br>**UNITED PHARMACY SERVICES**<br>**742 MAIN ST SW**<br>**GAINESVILLE, GA 30501-4471** | | - | | | **LISTED FOR NOTICE PURPOSES.** | | | | **Unknown** |

Sheet no. __**69**__ of __**76**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           **0.00**

In re  **PHILLIP C WEST**                                                      ,     Case No. _____
                                               Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**UNITED STATES TUSTEE**<br>**75 SPRING STREET SW**<br>**ROOM 362 UNITED STATES**<br>**COURTHO**<br>**ATLANTA, GA 30303** | | - | | **LISTED FOR NOTICE ONLY. U.S. TRUSTEE FOR GEORGIA WHERE UNITED PHARMACY CASE PENDING** | | | | **Unknown** |
| Account No.<br><br>**US BANCORP**<br>**1450 CHANNEL PARKWAY**<br>**MARSHALL, MN 56258** | X | - | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | **0.00** |
| Account No.<br><br>**US BANCORP**<br>**P O BOX 790408**<br>**ST LOUIS, MO 63179-0408** | X | - | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | **0.00** |
| Account No.<br><br>**US BANCORP BUSINESS**<br>**EQUIPMENT FINANCE GROUP**<br>**2 APPLETREE SQ STE 325**<br>**BLOOMINGTON, MN 55425** | X | - | | **DEBT OF UNITED PHARMACY SERVICES, INC.** | X | X | X | **0.00** |
| Account No. **xxxx-xxxx-xxxx-6090**<br><br>**US BANK**<br>**PO BOX 6351**<br>**FARGO, ND 58125-6351** | | - | | **CREDIT CARD** | | | | **15,233.81** |

Sheet no. __**70**__ of __**76**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **15,233.81**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **PHILLIP C WEST**                                                              ,        Case No. _____
                                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| US BANKCORP 1310 MADRID ST STE 106 MARSHALL, MN 56258 | X | - | | | | | | 7,465.87 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| US WEST P O BOX 1301 MINNEAPOLIS, MN 55483-0001 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| USA TODAY P O BOX 79002 BALTIMORE, MD 21279-0002 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| VALLEY NEWS COMPANY 1305 STADIUM ROAD MANKATO, MN 56001 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| VALUE IN PHARMACEUTICALS P O BOX 8500-1020 PHILADELPHIA, PA 19178-1020 | X | - | | | X | X | X | 0.00 |

Sheet no. __71__ of __76__ sheets attached to Schedule of                                    Subtotal                | 7,465.87
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

In re  **PHILLIP C WEST**                                               ,     Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **VERIZON** **P O BOX 25506** **LEHIGH VALLEY, PA 18002-5506** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **VERNON SALES PROMOTION** **P O BOX 600** **NEWTON, IA 50208-2065** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **VGM EQUIPMENT LEASING** **1111 SAN MARNON DR** **WATERLOO, IA 50701** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **VGM FINANCIAL** **P O BOX 78523** **MILWAUKEE, WI 53278-0523** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **VGM FINANCIAL SERVICES** **1111 SAN MARNAN DR** **WATERLOO, IA 50701** | X | - | | X | X | X | 19,500.00 |

Sheet no. __72__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     19,500.00

In re  **PHILLIP C WEST**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **VGM FINANCIAL SERVICES P O BOX 1620 WATERLOO, IA 50704** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **VIKING OFFICE PRODUCTS P O BOX 30488 LOS ANGELES, CA 90030-0488** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **WEB MD P O BOX 930114 ATLANTA, GA 31193-0114** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **WEBER ELECTRIC 577 SHOREVIEW PARK RD SHOREVIEW, MN 55126** | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| **WELLS FARGO 800 PARK AVE MINNEAPOLIS, MN 55404** | X | - | | X | X | X | 0.00 |

Sheet no. __73__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

In re  **PHILLIP C WEST** _____,  Case No. _____

                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-9558**<br><br>**WELLS FARGO**<br>**BUSINESS DIRECT OPERATIONS**<br>**P O BOX 348750**<br>**SACRAMENTO, CA 95834** | X | - | | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 101,035.39 |
| Account No.<br><br>**WELLS FARGO**<br>**P O BOX 6426**<br>**CAROL STREAM, IL 60197-6426** | X | - | | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |
| Account No. **xxxx-xxxx-xxxx-3291**<br><br>**WELLS FARGO**<br>**PO BOX 348750**<br>**SACRAMENTO, CA 95834** | | - | | | TRIPLE A MEDICAL CREDIT LINE | | | | 4,123.36 |
| Account No. **xxx-xxx0496**<br><br>**WELLS FARGO**<br>**PO BOX 4233**<br>**PORTLAND, OR 97208** | | - | | | | | | | 10,200.00 |
| Account No.<br><br>**WELLS FARGO CARD SERVICES**<br>**P O BOX 29491**<br>**PHOENIX, AZ 85038-9491** | X | - | | | DEBT OF UNITED PHARMACY SERVICES, INC. | X | X | X | 0.00 |

Sheet no. __**74**__ of __**76**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     115,358.75

In re  **PHILLIP C WEST**                                                          ,        Case No. _____
                                                             Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | ATTORNEY FOR VGM FINANCIAL SERVICES. DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| WENDLAND, CHRISTOPHER S ESQ CLARK BUTLER WALSH & HAMANN 315 E FIFTH ST PO BOX 596 WATERLOO, IA 50704 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| WINONA POST 64 E 2ND ST WINONA, MN 55987 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| WISCONSIN NEWSPAPER ASSN 3822 MINERAL POINT RD P O BOX 5580 MADISON, WI 53705 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| WORLDWIDE FINANCIAL NETWORK P O BOX 4568 FEDERAL WAY, WA 98063 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| WORLDWIDE FINANCIAL NETWORK 2501 VIRGINIA LANE NORTHBROOK, IL 60062 | X | - | | | X | X | X | 0.00 |

Sheet no. __75__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         0.00

In re    **PHILLIP C WEST**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| WYETH DEPT CH14083 PALATINE, IL 60085-4083 | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| XCEL ENERGY NORTHERN STATES POWER CO PO BOX 59 MINNEAPOLIS, MN 55440-0059 | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| XEROX CORPORATION P O BOX 650361 DALLAS, TX 75265-0361 | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| ZENITH GOLDLINE P O BOX 96884 CHICAGO, IL 60693 | X | - | | X | X | X | 0.00 |
| Account No. | | | DEBT OF UNITED PHARMACY SERVICES, INC. | | | | |
| ZURICH 8712 INNOVATION WAY CHICAGO, IL 60682-0087 | X | - | | X | X | X | 0.00 |

Sheet no. __76__ of __76__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 0.00 |
| Total (Report on Summary of Schedules) | 1,925,785.84 |

In re   **PHILLIP C WEST**            ,     Case No. _____

                           Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

    **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **PHILLIP C WEST**                             ,   Case No. _____

                                     Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **UNITED PHARMACY SERVICES, INC.** | **AILCO FINANCIAL SERVICES INC**<br>**W222 N833 CHEANEY DR**<br>**WAUKESHA, WI 53186** |
| **UNITED PHARMACY SERVICES, INC.** | **ALLEGIANT PARTNERS INC**<br>**999 FIFTH AVE STE 300**<br>**SAN RAFAEL, CA 94901** |
| **UNITED PHARMACY SERVICES, INC.** | **ALLIANCE FINANCIAL**<br>**P O BOX 2149**<br>**GIG HARBOR, WA 98335-4149** |
| **UNITED PHARMACY SERVICES, INC.** | **ALLIANCE FUNDING GROUP INC**<br>**2099 S STATE COLLEGE BLVD #100**<br>**ANAHEIM, CA 92806** |
| **UNITED PHARMACY SERVICES, INC.** | **AMERICAN BANK LEASING CORP**<br>**555 SUN VALLEY DR STE E-5**<br>**ROSWELL, GA 30076** |
| **UNITED PHARMACY SERVICES, INC.** | **AMERICAN EXPRESS**<br>**P O BOX 360001**<br>**FORT LAUDERDALE, FL 33336-0001** |
| **UNITED PHARMACY SERVICES, INC.** | **AMERICAN EXPRESS**<br>**BUSINESS MANAGEMENT ACCOUNT**<br>**P O BOX 7863**<br>**FORT LAUDERDALE, FL 33329-7863** |
| **UNITED PHARMACY SERVICES, INC.** | **AMERICAN EXPRESS CAPITAL LINE**<br>**P O BOX 297812**<br>**FORT LAUDERDALE, FL 33329-7815** |
| **UNITED PHARMACY SERVICES, INC.** | **BALBOA CAPITAL**<br>**2010 MAIN STREET, 11TH FLOOR**<br>**IRVINE, CA 92614** |
| **UNITED PHARMACY SERVICES, INC.** | **BANK OF AMERICA**<br>**P O BOX 15027**<br>**WILMINGTON, DE 19850** |
| **UNITED PHARMACY SERVICES, INC.** | **BANK OF THE WEST**<br>**EQUIPMENT LEASING**<br>**201 N CIVIC DR STE 360B**<br>**WALNUT CREEK, CA 94596** |

  **29**  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re     **PHILLIP C WEST**                                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **UNITED PHARMACY SERVICES, INC.** | **BANK OF WEST**<br>**475 SANSOME ST 19TH FLOOR**<br>**SAN FRANCISCO, CA 94111** |
| **UNITED PHARMACY SERVICES, INC.** | **BROWN & BIGELOW INC**<br>**345 PLATO BLVD E**<br>**ST PAUL, MN 55107** |
| **UNITED PHARMACY SERVICES, INC.** | **BUSINESS DISTRICT LLC**<br>**ATTN:  LEASE PROCESSING**<br>**11660 W 75TH ST**<br>**SHAWNEE, KS 66214** |
| **UNITED PHARMACY SERVICES, INC.** | **CARBALDAV**<br>**2010 MAIN ST STE 1150**<br>**IRVINE, CA 92614** |
| **UNITED PHARMACY SERVICES, INC.** | **FINANCIAL PACIFIC LEASING**<br>**3455 SOUTH 344TH WAY**<br>**AUBURN, WA 98001** |
| **UNITED PHARMACY SERVICES, INC.** | **FIRST CREDIT CORPORATION**<br>**4300 BAYOU BLVD STE 33**<br>**PENSACOLA, FL 32503** |
| **UNITED PHARMACY SERVICES, INC.** | **FIRST CREDIT FUNDING**<br>**P O BOX 2149**<br>**GIG HARBOR, WA 98335** |
| **UNITED PHARMACY SERVICES, INC.** | **FIRST PREMIER BANK**<br>**601 S MINNESOTA AVE**<br>**SIOUX FALLS, SD 57101** |
| **UNITED PHARMACY SERVICES, INC.** | **FIRST PREMIER CAPITAL LLC**<br>**5201 EDEN AVENUE STE 180**<br>**EDINA, MN 55436** |
| **UNITED PHARMACY SERVICES, INC.** | **FIRSTCORP**<br>**8700 WAUKEGAN RD STE 100**<br>**MORTON GROVE, IL 60053** |
| **UNITED PHARMACY SERVICES, INC.** | **FPC FUNDING II LLC**<br>**8700 WAUKEGAN RD STE 100**<br>**MORTON GROVE, IL 60053** |
| **UNITED PHARMACY SERVICES, INC.** | **GEORGIAN BANK**<br>**2055 N BROWN RD STE 200**<br>**LAWRENCEVILLE, GA 30043** |
| **UNITED PHARMACY SERVICES, INC.** | **GEORGIAN BANK**<br>**P O BOX 1309**<br>**POWDER SPRINGS, GA 30127** |

Sheet __1__ of __29__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **PHILLIP C WEST** _____ ,   Case No. _____

                                         Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **UNITED PHARMACY SERVICES, INC.** | **GREATER BAY BANK NA**<br>**300 TRI-STATE INT'L STE 400**<br>**LINCOLNSHIRE, IL 60069** |
| **UNITED PHARMACY SERVICES, INC.** | **HUNTINGTON NATIONAL BANK**<br>**105 E FOURTH ST STE 200**<br>**CINCINNATI, OH 45202** |
| **UNITED PHARMACY SERVICES, INC.** | **INFORMATION LEASING CORP**<br>**1023 W EIGHTH ST**<br>**CINCINNATI, OH 45203** |
| **UNITED PHARMACY SERVICES, INC.** | **INVACARE CORPORATION**<br>**ONE IVACARE WAY**<br>**ELYRIA, OH 44035** |
| **UNITED PHARMACY SERVICES, INC.** | **INVACARE CREDIT CORP**<br>**P O BOX 41601**<br>**PHILADELPHIA, PA 19101-1601** |
| **UNITED PHARMACY SERVICES, INC.** | **M & C LEASING CO INC**<br>**85 RIVER ROCK DR STE 104**<br>**BUFFALO, NY 14207** |
| **UNITED PHARMACY SERVICES, INC.** | **MATRIX DISTRIBUTORS**<br>**P O BOX 250**<br>**SOUTH RIVER, NJ 08882** |
| **UNITED PHARMACY SERVICES, INC.** | **MCKESSON HBOC**<br>**1315 N CHOUTEAU TRAFFICWAY**<br>**KANSAS CITY, MO 64120** |
| **UNITED PHARMACY SERVICES, INC.** | **NATIONAL CITY COMMERCIAL**<br>**CAPITAL CORPORATION**<br>**995 DALTON AVE**<br>**CINCINNATI, OH 45203** |
| **UNITED PHARMACY SERVICES, INC.** | **PACIFICA CAPITAL**<br>**8105 IRVINE CENTER DR STE 500**<br>**IRVINE, CA 92618** |
| **UNITED PHARMACY SERVICES, INC.** | **PAWNEE LEASING CORP**<br>**700 CENTRE AVE**<br>**FORT COLLINS, CO 80526** |
| **UNITED PHARMACY SERVICES, INC.** | **PODIUM FINANCIAL GROUP**<br>**485 E 17TH ST SUITE 604**<br>**COSTA MESA, CA 92627** |
| **UNITED PHARMACY SERVICES, INC.** | **PREFERRED CAPITAL INC**<br>**6860 W SNOWVILLE RD STE 110**<br>**BRECKSVILLE, OH 44141** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **PHILLIP C WEST**                                          ,    Case No. _____

                                                Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| UNITED PHARMACY SERVICES, INC. | RIPLEY NATIONAL BANK<br>101 MAIN STREET<br>RIPLEY, OH 45167 |
| UNITED PHARMACY SERVICES, INC. | ROCKFORD CAPITAL LEASING<br>550 TOWNSHIP LINE RD STE 425<br>BLUE BELL, PA 19422 |
| UNITED PHARMACY SERVICES, INC. | ROYAL BANK AMERICA LEASING<br>550 TOWNSHIP LINE RD STE 425<br>BLUE BELL, PA 19422 |
| UNITED PHARMACY SERVICES, INC. | SANTA BARBARA BANK & TRUST<br>1 SOUTH LOS CARNEROS<br>GOLETA, CA 93117 |
| UNITED PHARMACY SERVICES, INC. | SANTA BARBARA BANK & TRUST<br>P O BOX 60607<br>SANTA BARBARA, CA 93160-0607 |
| UNITED PHARMACY SERVICES, INC. | SILVERMARK CAPITAL<br>400 GULF FAIRWAY STE 300<br>HOUSTON, TX 77023 |
| UNITED PHARMACY SERVICES, INC. | STERLING NATIONAL BANK<br>500 7TH AVE 11TH FLOOR<br>NEW YORK, NY 10018 |
| UNITED PHARMACY SERVICES, INC. | STUDEBAKER-WORTHINGTON LEASING<br>100 JERICHO QUADRANGLE<br>JERICHO, NY 11753 |
| UNITED PHARMACY SERVICES, INC. | SUSQUEHANNA PATRIOT COMMERCIAL<br>LEASING COMPANY INC<br>1566 MEDICAL DR STE 201<br>POTTSTOWN, PA 19464 |
| UNITED PHARMACY SERVICES, INC. | TENNESSEE COMMERCE BANK<br>381 MALLORY STATION RD STE 207<br>FRANKLIN, TN 37067 |
| UNITED PHARMACY SERVICES, INC. | UNION CAPITAL PARTNERS LLC<br>6905 SOUTH 1300 EAST STE 180<br>MIDVALE, UT 84047 |
| UNITED PHARMACY SERVICES, INC. | US BANCORP<br>1450 CHANNEL PARKWAY<br>MARSHALL, MN 56258 |
| UNITED PHARMACY SERVICES, INC. | US BANCORP BUSINESS<br>EQUIPMENT FINANCE GROUP<br>2 APPLETREE SQ STE 325<br>BLOOMINGTON, MN 55425 |

Sheet __3__ of __29__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **PHILLIP C WEST**                                ,    Case No. _____

                                          Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| UNITED PHARMACY SERVICES, INC. | VGM FINANCIAL SERVICES<br>1111 SAN MARNAN DR<br>WATERLOO, IA 50701 |
| UNITED PHARMACY SERVICES, INC. | VGM FINANCIAL SERVICES<br>P O BOX 1620<br>WATERLOO, IA 50704 |
| UNITED PHARMACY SERVICES, INC. | WELLS FARGO<br>800 PARK AVE<br>MINNEAPOLIS, MN 55404 |
| UNITED PHARMACY SERVICES, INC. | WELLS FARGO<br>BUSINESS DIRECT OPERATIONS<br>P O BOX 348750<br>SACRAMENTO, CA 95834 |
| UNITED PHARMACY SERVICES, INC. | WORLDWIDE FINANCIAL NETWORK<br>P O BOX 4568<br>FEDERAL WAY, WA 98063 |
| UNITED PHARMACY SERVICES, INC. | 4IMPRINT<br>P O BOX 32383<br>HARTFORD, CT 06150-2383 |
| UNITED PHARMACY SERVICES, INC. | A G INDUSTRIES<br>P O BOX 270099<br>ST LOUIS, MO 63127 |
| UNITED PHARMACY SERVICES, INC. | AAA SANITATION INC<br>P O BOX 1268<br>DAHLONEGA, GA 30533 |
| UNITED PHARMACY SERVICES, INC. | ACACIA<br>785 CHALLENGER ST<br>BREA, CA 92821 |
| UNITED PHARMACY SERVICES, INC. | ADMINISTAR FEDERAL INC<br>PCI-DMERC-IN<br>LOCKBOX 660078<br>INDIANAPOLIS, IN 46266-0078 |
| UNITED PHARMACY SERVICES, INC. | ADMINISTRATIVE MANAGERS INC<br>105 CANTON HWY<br>CUMMING, GA 30040 |
| UNITED PHARMACY SERVICES, INC. | AGELITY<br>115 BROAD HOLLOW RD STE 325<br>MELVILLE, NY 11747 |
| UNITED PHARMACY SERVICES, INC. | AIRGAS SOUTH<br>P O BOX 532609<br>ATLANTA, GA 30353-2609 |

Sheet  **4**  of  **29**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

In re   **PHILLIP C WEST**   _____,   Case No. _____

Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **UNITED PHARMACY SERVICES, INC.** | **AIRLINK**<br>**3966 CLAIRMONT RD**<br>**ATLANTA, GA 30341-4938** |
| **UNITED PHARMACY SERVICES, INC.** | **AIRSEP CORPORATION**<br>**290 CREEKSIDE DR**<br>**BUFFALO, NY 14228** |
| **UNITED PHARMACY SERVICES, INC.** | **ALLIANCE FINANCIAL**<br>**P O BOS 3617**<br>**SEATTLE, WA 98124-3617** |
| **UNITED PHARMACY SERVICES, INC.** | **ALLIANCE FUNDS**<br>**P O BOX 3617**<br>**SEATTLE, WA 98124-3617** |
| **UNITED PHARMACY SERVICES, INC.** | **ALLIED WASTE**<br>**P O BOX 9001487**<br>**LOUISVILLE, KY 40290-1487** |
| **UNITED PHARMACY SERVICES, INC.** | **ALLTEL CORPORATION**<br>**P O BOX 530533**<br>**ATLANTA, GA 30353-0533** |
| **UNITED PHARMACY SERVICES, INC.** | **ALLWIN DATA SERVICES**<br>**SUITE 14000 BB&T BUILDING**<br>**ONE PACK SQUARE**<br>**ASHEVILLE, NC 28801** |
| **UNITED PHARMACY SERVICES, INC.** | **AMERICAN BANK LEASING**<br>**P O BOX 220**<br>**FRANKLIN, TN 37069** |
| **UNITED PHARMACY SERVICES, INC.** | **AMERICAN EXPRESS**<br>**P O BOX 0001**<br>**LOS ANGELES, CA 90096-0001** |
| **UNITED PHARMACY SERVICES, INC.** | **AMERICAN EXPRESS CAPITAL LINE**<br>**BOX 0001**<br>**LOS ANGELES, CA 90096-0001** |
| **UNITED PHARMACY SERVICES, INC.** | **AMERICAN GREETINGS**<br>**ONE AMERICAN ROAD**<br>**CLEVELAND, OH 44144-2398** |
| **UNITED PHARMACY SERVICES, INC.** | **ANALYTICAL RESEARCH LABORATORY**<br>**840 RESEARCH PKWY STE 546**<br>**OKLAHOMA CITY, OK 73104** |
| **UNITED PHARMACY SERVICES, INC.** | **ANDA PHARMACEUTICALS**<br>**2915 WESTON ROAD**<br>**WESTON, FL 33331** |

Sheet  **5**  of  **29**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re  **PHILLIP C WEST**                                                          ,     Case No. _____

                                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **UNITED PHARMACY SERVICES, INC.** | **ANSWER AMERICA**<br>**150 E 58TH ST 29TH FLOOR**<br>**NEW YORK, NY 10155-2698** |
| **UNITED PHARMACY SERVICES, INC.** | **ANYTIME ELECTRIC**<br>**4408 SHELLIE LANE**<br>**OAKWOOD, GA 30566** |
| **UNITED PHARMACY SERVICES, INC.** | **APOTHECARY PRODUCTS INC**<br>**11750 12TH AVE S**<br>**BURNSVILLE, MN 55336-1295** |
| **UNITED PHARMACY SERVICES, INC.** | **ARCH PAGING**<br>**P O BOX 660770**<br>**DALLAS, TX 78266-0770** |
| **UNITED PHARMACY SERVICES, INC.** | **AT&T**<br>**P O BOX 78522**<br>**PHOENIX, AZ 85062-8522** |
| **UNITED PHARMACY SERVICES, INC.** | **AT&T WIRELESS**<br>**P O BOX 8229**<br>**AURORA, IL 60572-8229** |
| **UNITED PHARMACY SERVICES, INC.** | **ATLANTIC SALES AND REPAIR**<br>**P O BOX 15415**<br>**SURFSIDE BEACH, SC 29587** |
| **UNITED PHARMACY SERVICES, INC.** | **ATMOS ENERGY**<br>**P O BOX 9001949**<br>**LOUISVILLE, KY 40290-1949** |
| **UNITED PHARMACY SERVICES, INC.** | **ATS TECHNOLOGIES INC**<br>**542 SOUTH ENOTA DR**<br>**GAINESVILLE, GA 30501** |
| **UNITED PHARMACY SERVICES, INC.** | **AUBREY'S LOCKSMITH SERVICE**<br>**1008 ATLANTA HIGHWAY**<br>**GAINESVILLE, GA 30501** |
| **UNITED PHARMACY SERVICES, INC.** | **AVAYA COMMUNICATIONS**<br>**P O BOX 73061**<br>**CHICAGO, IL 60673-3061** |
| **UNITED PHARMACY SERVICES, INC.** | **B BRAUN / MCGAW**<br>**P O BOX 8500-53708**<br>**PHILADELPHIA, PA 19178-3708** |
| **UNITED PHARMACY SERVICES, INC.** | **BALBOA CAPITAL**<br>**P O BOX 14520**<br>**IRVINE, CA 92623-4520** |

Sheet __6__ of __29__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re    **PHILLIP C WEST**                                                          ,    Case No. _____

                                        Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **UNITED PHARMACY SERVICES, INC.** | **BANK OF THE WEST**<br>**P O BOX 4002**<br>**CONCORD, CA 94524-4002** |
| **UNITED PHARMACY SERVICES, INC.** | **BANK SILVERMARK** |
| **UNITED PHARMACY SERVICES, INC.** | **BB&T**<br>**P O BOX 580155**<br>**CHARLOTTE, NC 28258-0155** |
| **UNITED PHARMACY SERVICES, INC.** | **BEAUMONT PRODUCTS**<br>**1560 BIG SHANTY DR**<br>**KENNESAW, GA 30144** |
| **UNITED PHARMACY SERVICES, INC.** | **BELLS SOUTH**<br>**P O BOX 105262**<br>**ATLANTA, GA 30348-5262** |
| **UNITED PHARMACY SERVICES, INC.** | **BELLS SOUTH COMMUNICATION SYST**<br>**P O BOX 79045**<br>**BALTIMORE, MD 21279-0045** |
| **UNITED PHARMACY SERVICES, INC.** | **BOARD OF WATER COMMISSIONERS**<br>**ST PAUL WATER UTILITY**<br>**8 RTH ST E STE 200**<br>**ST PAUL, MN 55101-1007** |
| **UNITED PHARMACY SERVICES, INC.** | **BORGSTROM PHARMACY**<br>**990 PAYNE AVE**<br>**ST PAUL, MN 55101** |
| **UNITED PHARMACY SERVICES, INC.** | **BOW LEASING** |
| **UNITED PHARMACY SERVICES, INC.** | **BROWN'S ICE CREAM CO**<br>**2929 UNIVERSITY AVE SE**<br>**MINNEAPOLIS, MN 55414** |
| **UNITED PHARMACY SERVICES, INC.** | **BROWN & BIGELOW**<br>**P O BOX 1450 NW 8554**<br>**MINNEAPOLIS, MN 55485-8554** |
| **UNITED PHARMACY SERVICES, INC.** | **BSFS EQUIPMENT LEASING**<br>**P O BOX 740428**<br>**ATLANTA, GA 30374-0428** |
| **UNITED PHARMACY SERVICES, INC.** | **CAPITAL RETURNS INC**<br>**P O BOX 73916**<br>**CLEVELAND, OH 44193** |
| **UNITED PHARMACY SERVICES, INC.** | **CARDS N SUCH**<br>**11178 HURON ST STE 7**<br>**NORTHGLENN, CO 80234** |

Sheet __7__ of __29__ continuation sheets attached to the Schedule of Codebtors

In re   **PHILLIP C WEST**_____,   Case No. _____

                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **UNITED PHARMACY SERVICES, INC.** | **CARLSON RICHTER & COMPANY**<br>**12245 NICOLLET AVE S**<br>**BURNSVILLE, MN 55337** |
| **UNITED PHARMACY SERVICES, INC.** | **CENTERPOINT ENERGY**<br>**P O BOX 4671**<br>**HOUSTON, TX 77210-4671** |
| **UNITED PHARMACY SERVICES, INC.** | **CHAD THERAPEUTICS**<br>**DEPT NO 8664**<br>**LOS ANGELES, CA 90084-8664** |
| **UNITED PHARMACY SERVICES, INC.** | **CHARTER COMMUNICATIONS**<br>**P O BOX 9001917**<br>**LOUISVILLE, KY 40290-1917** |
| **UNITED PHARMACY SERVICES, INC.** | **CHAS LEVY CIRCULATING**<br>**33165 TREASURY CENTER**<br>**CHICAGO, IL 60694-3100** |
| **UNITED PHARMACY SERVICES, INC.** | **CHRYSLER FINANCIAL**<br>**P O BOX 55000**<br>**DEPT 277001**<br>**DETROIT, MI 48255-2770** |
| **UNITED PHARMACY SERVICES, INC.** | **CINGULAR WIRELESS**<br>**P O BOX 6463**<br>**CAROL STREAM, IL 60197-6463** |
| **UNITED PHARMACY SERVICES, INC.** | **CITY OF GAINESVILLE**<br>**PUBLIC UTILITIES DEPT**<br>**P O BOX 779**<br>**GAINESVILLE, GA 30503-0779** |
| **UNITED PHARMACY SERVICES, INC.** | **CITY OF LAKEVILLE**<br>**20195 HOLYOKE AVE**<br>**LAKEVILLE, MN 55044-9047** |
| **UNITED PHARMACY SERVICES, INC.** | **CITY OF ST PAUL**<br>**TREASURY DIVISION**<br>**350 ST PETER ST STE 300**<br>**ST PAUL, MN 55102-1510** |
| **UNITED PHARMACY SERVICES, INC.** | **CITY OF ST PAUL**<br>**OFFICE OF LICENSE**<br>**350 ST PETER ST STE 300**<br>**ST PAUL, MN 55102-1510** |
| **UNITED PHARMACY SERVICES, INC.** | **CITY OF ST PAUL, TREASURY DEPT**<br>**160 CITY HALL**<br>**15 W KELLOGG BLVD**<br>**ST PAUL, MN 55102** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re  **PHILLIP C WEST**                                                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **UNITED PHARMACY SERVICES, INC.** | **CLARK'S VARIETY WHOLESALE**<br>**1551 CRANE MILL ROAD**<br>**ALTO, GA 30510** |
| **UNITED PHARMACY SERVICES, INC.** | **CONDITIONED AIR SYSTEMS**<br>**2410 HILTON WAY SW**<br>**GAINESVILLE, GA 30501** |
| **UNITED PHARMACY SERVICES, INC.** | **COOL AIR** |
| **UNITED PHARMACY SERVICES, INC.** | **CORNERSTONE COPY CENTER**<br>**13775 FRONTIER CT**<br>**BURNSVILLE, MN 55337** |
| **UNITED PHARMACY SERVICES, INC.** | **CREATIVE INDEX**<br>**3442 FRANCIS RD STE 150**<br>**ALPHARETTA, GA 30004** |
| **UNITED PHARMACY SERVICES, INC.** | **DAA ENTERPRISES**<br>**369 HARVARD ST STE 1**<br>**BROOKLINE, MA 02446-2919** |
| **UNITED PHARMACY SERVICES, INC.** | **DAHLONEGA PHARMACY**<br>**70 MEMORIAL DR**<br>**DAHLONEGA, GA 30533** |
| **UNITED PHARMACY SERVICES, INC.** | **DAKOTA ELECTRIC**<br>**P O BOX 64427**<br>**ST PAUL, MN 55164-0427** |
| **UNITED PHARMACY SERVICES, INC.** | **DENCO**<br>**BOX 38**<br>**ROUSES POINT, NY 12797-0038** |
| **UNITED PHARMACY SERVICES, INC.** | **STATE OF WISCONSIN**<br>**DEPT OF REGULATION AND LICENSE**<br>**P O BOX 8935**<br>**MADISON, WI 53708-8935** |
| **UNITED PHARMACY SERVICES, INC.** | **DOCUMENT DESTRUCTION**<br>**P O BOX 247**<br>**GAINESVILLE, GA 30503** |
| **UNITED PHARMACY SERVICES, INC.** | **DOMOS HME CONSULTING GROUP**<br>**9528 - 167TH AVE NE**<br>**REDMOND, WA 98052** |
| **UNITED PHARMACY SERVICES, INC.** | **DRUG PACKAGE INC**<br>**901 DRUG PACKAGE LANE**<br>**O'FALLON, MO 63366** |

Sheet __9__ of __29__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re __PHILLIP C WEST__ _____ , Case No. _____
                                          Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| UNITED PHARMACY SERVICES, INC. | DULUTH NEWS TRIBUNE<br>424 W FIRST ST<br>P O BOX 169000<br>DULUTH, MN 55816-9000 |
| UNITED PHARMACY SERVICES, INC. | DYNA LABS<br>3830 WASHINGTON BLVD<br>ST LOUIS, MO 63108 |
| UNITED PHARMACY SERVICES, INC. | E Z GREGORY INC<br>P O BOX 44268<br>MADISON, WI 53744-4268 |
| UNITED PHARMACY SERVICES, INC. | ECLIPSE SUNGLASSES<br>P O BOX 204<br>SAVAGE, MN 55378-0204 |
| UNITED PHARMACY SERVICES, INC. | EDWARD SERVICES |
| UNITED PHARMACY SERVICES, INC. | ELECTRO WATCHMAN INC<br>1 WEST WATER ST STE 110<br>ST PAUL, MN 55107 |
| UNITED PHARMACY SERVICES, INC. | EMILY COLE<br>121 W GRANT ST STE 212<br>MINNEAPOLIS, MN 55403-2341 |
| UNITED PHARMACY SERVICES, INC. | EMMA MALLAK<br>4836 COUNTRY SIDE DR<br>FLOWERY BRANCH, GA 30542 |
| UNITED PHARMACY SERVICES, INC. | ENTERPRISE FUNDING<br>4308 THREE MILE RD NW STE A<br>GRAND RAPIDS, MI 49534 |
| UNITED PHARMACY SERVICES, INC. | EVANS NATIONAL LEASING<br>ONE GRIMSBY DR<br>HAMBURG, NY 14075 |
| UNITED PHARMACY SERVICES, INC. | F DOHMEN CO<br>35180 EAGLE WAY<br>CHICAGO, IL 60678-1351 |
| UNITED PHARMACY SERVICES, INC. | FAMILY TIMES<br>P O BOX 16422<br>ST LOUIS PARK, MN 55416 |
| UNITED PHARMACY SERVICES, INC. | FARNER-BOCKEN<br>1751 HIGHWAY 30 E<br>PO BOX 368<br>CARROLL, IA 51401 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re **PHILLIP C WEST** , Case No. _____

Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| UNITED PHARMACY SERVICES, INC. | FEDERAL EXPRESS<br>P O BOX 94515<br>PALATINE, IL 60094-4515 |
| UNITED PHARMACY SERVICES, INC. | FIRST CHOICE MEDICAL<br>P O BOX 1250<br>AUGUSTA, GA 30903-1250 |
| UNITED PHARMACY SERVICES, INC. | FIRST CREDIT FUNDING<br>P O BOX 3892<br>SEATTLE, WA 98124-3892 |
| UNITED PHARMACY SERVICES, INC. | FIRST DATABANK<br>8425 WOODFIELD CROSSING BLVD<br>P O BOX 40930<br>INDIANAPOLIS, IN 46240-0930 |
| UNITED PHARMACY SERVICES, INC. | FIRST HEALTH<br>P O BOX 11807<br>TUCSON, AZ 85734 |
| UNITED PHARMACY SERVICES, INC. | FIRST MUTUAL BANK<br>PO BOX 1647<br>BELLEVUE, WA 98009 |
| UNITED PHARMACY SERVICES, INC. | FIRST PORTLAND |
| UNITED PHARMACY SERVICES, INC. | FISHER & PAYKEL HEALTHCARE<br>BANK OF AMERICA<br>12724 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| UNITED PHARMACY SERVICES, INC. | FMC DISTRIBUTION<br>850 E PARKRIDGE AVE B117<br>CORONA, CA 92879 |
| UNITED PHARMACY SERVICES, INC. | FORSYTH EXTERMINATING<br>203 E MAIN ST STE B<br>CUMMING, GA 30040 |
| UNITED PHARMACY SERVICES, INC. | FRITZ COMPANY INC<br>1912 HASTINGS AVE<br>NEWPORT, MN 55055 |
| UNITED PHARMACY SERVICES, INC. | FRONTIER COMMUNICATIONS<br>P O BOX 92833<br>ROCHESTER, NY 14692-8933 |
| UNITED PHARMACY SERVICES, INC. | GALLIPOT INC<br>2020 SILVER BELL RD<br>ST PAUL, MN 55122 |

Sheet __11__ of __29__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **PHILLIP C WEST**                                     ,   Case No. _____

Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| UNITED PHARMACY SERVICES, INC. | GARY WEST<br>14815 W TOMAHAWK WAY<br>SUN CITY WEST, AZ 85375 |
| UNITED PHARMACY SERVICES, INC. | GEORGIA BOARD OF PHARMACY<br>237 COLISEUM DR<br>MACON, GA 31217 |
| UNITED PHARMACY SERVICES, INC. | GEORGIA MEDICAL REPAIR INC<br>P O BOX 73201<br>RICHMOND, VA 23235 |
| UNITED PHARMACY SERVICES, INC. | GEORGIA NATIONAL GAS<br>P O BOX 659411<br>SAN ANTONIO, TX 78265-9411 |
| UNITED PHARMACY SERVICES, INC. | GEORGIA POWER<br>96 ANNEX<br>ATLANTA, GA 30396-0001 |
| UNITED PHARMACY SERVICES, INC. | GLASS DOCTOR<br>7460 OXFORD ST<br>ST LOUIS PARK, MN 55406 |
| UNITED PHARMACY SERVICES, INC. | GLOBAL CROSSING<br>P O BOX 741276<br>CINCINNATI, OH 45274-1276 |
| UNITED PHARMACY SERVICES, INC. | GOLDEN TECHNOLOGIES INC<br>401 BRIDGE ST<br>OLD FORGE, PA 18518 |
| UNITED PHARMACY SERVICES, INC. | GOOD AGE NEWSPAPER<br>919 LAFOND AVE<br>ST PAUL, MN 55104 |
| UNITED PHARMACY SERVICES, INC. | GOPHER MINI STORAGE<br>10685 165TH ST W<br>LAKEVILLE, MN 55044 |
| UNITED PHARMACY SERVICES, INC. | GRAINGER<br>DEPT 048-857542369<br>PALATINE, IL 60038-0001 |
| UNITED PHARMACY SERVICES, INC. | GREATER BAY CAPITAL<br>CONTRACTS DEPT<br>100 TRI-STATE INT'L STE 140<br>LINCOLNSHIRE, IL 60069 |
| UNITED PHARMACY SERVICES, INC. | GUARANTEED RETURNS<br>140 N BELLE MEAD RD<br>EAST SETAUKET, NY 11733 |

Sheet  **12**  of  **29**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **PHILLIP C WEST**                              ,      Case No. _____

Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **UNITED PHARMACY SERVICES, INC.** | **H & H WHOLESALE**<br>**1099 ROCHESTER RD**<br>**TROY, MI 48083** |
| **UNITED PHARMACY SERVICES, INC.** | **HARMON GLASS**<br>**2400 MINNEHAHA AVE S**<br>**MINNEAPOLIS, MN 55404** |
| **UNITED PHARMACY SERVICES, INC.** | **HEALTHCARE & DIAGNOSTIC SOLUTI**<br>**P O BOX 730**<br>**LOXLEY, AL 36551** |
| **UNITED PHARMACY SERVICES, INC.** | **HOLOX LTD**<br>**CALLER 6100**<br>**NORCROSS, GA 30091-6100** |
| **UNITED PHARMACY SERVICES, INC.** | **HUDSON RCI**<br>**P O BOX 951836**<br>**DALLAS, TX 75395-1836** |
| **UNITED PHARMACY SERVICES, INC.** | **IFC CREDIT CORPORATION**<br>**8700 WAUKEGAN RD STE 100**<br>**MORTON GROVE, IL 60053-2104** |
| **UNITED PHARMACY SERVICES, INC.** | **IMPRESSIONS ON HOLD**<br>**MARLIN LEASING**<br>**P O BOX 13604**<br>**PHILADELPHIA, PA 19101-3604** |
| **UNITED PHARMACY SERVICES, INC.** | **INDEPENDENT PHARMACY COOP**<br>**1550 COLUMBUS ST**<br>**SUN PRAIRIE, WI 53590** |
| **UNITED PHARMACY SERVICES, INC.** | **INTEGRARIVE MEDICINE ACCESS**<br>**P O BOX 1603**<br>**NEWBURGH, NY 12551-1603** |
| **UNITED PHARMACY SERVICES, INC.** | **INTUIT**<br>**2800 E COMMERCE CENTER PL**<br>**TUCSON, AZ 85706** |
| **UNITED PHARMACY SERVICES, INC.** | **INVACARE**<br>**33416 TREASURY CENTER**<br>**CHICAGO, IL 60694-3400** |
| **UNITED PHARMACY SERVICES, INC.** | **INVACARE SUPPLY**<br>**P O BOX 642878**<br>**PITTSBURG, PA 15264-2878** |
| **UNITED PHARMACY SERVICES, INC.** | **IVAX**<br>**P O BOX 96884**<br>**CHICAGO, IL 60693** |

Sheet  __13__  of  __29__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __PHILLIP C WEST__ _____,  Case No. _____
                                              Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| UNITED PHARMACY SERVICES, INC. | JAYS COMPANY INC<br>P O BOX 47395<br>MINNEAPOLIS, MN 55447 |
| UNITED PHARMACY SERVICES, INC. | KOPY KAT<br>P O BOX 5983<br>GAINESVILLE, GA 30504-0983 |
| UNITED PHARMACY SERVICES, INC. | LACROSSE TRIBUNE<br>401 N THIRD ST<br>P O BOX 865<br>LA CROSSE, WI 54602-0420 |
| UNITED PHARMACY SERVICES, INC. | LAKEVIEW PUBLISHING<br>210 DAHLONEGA ST STE 101<br>CUMMING, GA 30040 |
| UNITED PHARMACY SERVICES, INC. | LAKEVILLE SANITATION<br>P O BOX 769<br>LAKEVILLE, MN 55044 |
| UNITED PHARMACY SERVICES, INC. | LETCO MEDICAL<br>1316 COMMERCE DR<br>DECATUR, AL 35601 |
| UNITED PHARMACY SERVICES, INC. | LIFEGAS<br>CALLER 4100<br>NORCROSS, GA 30091-4100 |
| UNITED PHARMACY SERVICES, INC. | LILLY SUBURBAN NEWSPAPERS<br>2515 E 7TH AVE<br>N ST PAUL, MN 55109 |
| UNITED PHARMACY SERVICES, INC. | LINT SECURITY<br>4408 SARDIS DR<br>GAINESVILLE, GA 30506 |
| UNITED PHARMACY SERVICES, INC. | LIPPINCOTT WILLIAMS & WILKINS<br>P O BOX 1530<br>HAGERSTOWN, MD 21741 |
| UNITED PHARMACY SERVICES, INC. | LISTMART<br>171 ENGLISH LANDING DR STE 200<br>KANSAS CITY, MO 64152 |
| UNITED PHARMACY SERVICES, INC. | LITURGICAL PUBLICATIONS<br>P O BOX 510817<br>NEW BERLIN, WI 53151-0817 |
| UNITED PHARMACY SERVICES, INC. | LOMMEN NELSON LAW FIRM<br>1800 IDS CENTER<br>80 S EIGHTH ST<br>MINNEAPOLIS, MN 55402 |

Sheet __14__ of __29__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

In re  **PHILLIP C WEST**                                                                    Case No. _____
                                                                              ,
                                        Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **UNITED PHARMACY SERVICES, INC.** | **LUCENT TECHNOLOGIES**<br>P O BOX 890222<br>CHARLOTTE, NC 28289 |
| **UNITED PHARMACY SERVICES, INC.** | **M & C LEASING CO**<br>P O BOX 2935<br>BUFFALO, NY 14240-2935 |
| **UNITED PHARMACY SERVICES, INC.** | **MADA MEDICAL**<br>625 WASHINGTON AVE<br>CARLSTADT, NJ 07072 |
| **UNITED PHARMACY SERVICES, INC.** | **MALLINCKRODT**<br>P O BOX 905835<br>CHARLOTTE, NC 28290-5835 |
| **UNITED PHARMACY SERVICES, INC.** | **MBNA**<br>P O BOX 37279<br>BALTIMORE, MD 21297-3279 |
| **UNITED PHARMACY SERVICES, INC.** | **MCCRACKEN LABEL**<br>5303 S KEELER AVE<br>CHICAGO, IL 60632 |
| **UNITED PHARMACY SERVICES, INC.** | **MCKENZIE DRUGS**<br>4814 HIGHWAY 78<br>LILBURN, GA 30047 |
| **UNITED PHARMACY SERVICES, INC.** | **MCKESSON CORP**<br>NW9024<br>P O BOX 1450<br>MINNEAPOLIS, MN 55485 |
| **UNITED PHARMACY SERVICES, INC.** | **MCKESSON CORP-OMNI LINK**<br>P O BOX 70252<br>CHICAGO, IL 60673-0252 |
| **UNITED PHARMACY SERVICES, INC.** | **MCKESSON PHARMACY SYSTEMS**<br>P O BOX 633924<br>CINCINNATI, OH 45263-3924 |
| **UNITED PHARMACY SERVICES, INC.** | **MEDE AMERICA**<br>P O BOX 74243<br>CLEVELAND, OH 44194 |
| **UNITED PHARMACY SERVICES, INC.** | **MEDICAL ARTS PRESS**<br>P O BOX 94777<br>PALATINE, IL 60094-4777 |
| **UNITED PHARMACY SERVICES, INC.** | **MEDICAL INDUSTRIES AMERICA**<br>2636 - 289TH PLACE<br>ADEL, IA 50003-8021 |

Sheet __15__ of __29__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re __PHILLIP C WEST_____, Case No. _____

                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| UNITED PHARMACY SERVICES, INC. | MEDISCA INC<br>P O BOX 2592<br>PLATTSBURGH, NY 12901 |
| UNITED PHARMACY SERVICES, INC. | MELS ELECTRICAL SERVICE INC<br>4870 LEDAN EXTENSION<br>GAINESVILLE, GA 30506-2558 |
| UNITED PHARMACY SERVICES, INC. | MENASHA CORP<br>DRAWER 823<br>MILWAUKEE, WI 53278 |
| UNITED PHARMACY SERVICES, INC. | METRO CASH REGISTER SYSTEMS<br>2145 UNIVERSITY AVE<br>ST PAUL, MN 55114 |
| UNITED PHARMACY SERVICES, INC. | METRO TRANSIT<br>CONVENIENCE FARES<br>560 - 6TH AVE N<br>MINNEAPOLIS, MN 55411-4398 |
| UNITED PHARMACY SERVICES, INC. | MICROMEDEX<br>P O BOX 95553<br>CHICAGO, IL 60694-5553 |
| UNITED PHARMACY SERVICES, INC. | MIDWEST COCA COLA<br>SDS 12-1015<br>P O BOX 86<br>MINNEAPOLIS, MN 55486-1015 |
| UNITED PHARMACY SERVICES, INC. | MIKES GUTTER SERVICE<br>3396 NANCY CREEK RD<br>GAINESVILLE, GA 30501 |
| UNITED PHARMACY SERVICES, INC. | MINNESOTA BOARD OF PHARMACY<br>2829 UNIVERSITY AVE SE STE 530<br>MINNEAPOLIS, MN 55414-3251 |
| UNITED PHARMACY SERVICES, INC. | MN DEPT AGRICULTURE<br>LICENSING SECTION<br>90 W PLATO BLVD<br>ST PAUL, MN 55107-2094 |
| UNITED PHARMACY SERVICES, INC. | MINNESOTA PHARMACIST ASSN<br>1935 W COUNTY RD B-2 STE 450<br>ROSEVILLE, MN 55113 |
| UNITED PHARMACY SERVICES, INC. | MN POSTER COMPLIANCE CENTER<br>1043 GRAND AVE<br>ST PAUL, MN 55105 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re     **PHILLIP C WEST**                                                                              ,     Case No. _____

                                                        Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| UNITED PHARMACY SERVICES, INC. | MN DEPT REVENUE<br>551 BANKRUPTCY SECTION<br>PO BOX 64447<br>ST PAUL, MN 55164 |
| UNITED PHARMACY SERVICES, INC. | MINNESOTA SENIOR NEWS<br>IRIS PARK PLACE SUITE 171<br>1885 UNIVERSITY AVE W<br>ST PAUL, MN 55104 |
| UNITED PHARMACY SERVICES, INC. | MORRIS LAW FIRM<br>2045 IDS CENTER<br>80 S EIGHTH ST<br>MINNEAPOLIS, MN 55402 |
| UNITED PHARMACY SERVICES, INC. | MY ANSWERING SERVICE<br>803 MIDDLEBROOK DR<br>JONESBORO, GA 30236 |
| UNITED PHARMACY SERVICES, INC. | NARDINI FIRE EQUIPMENT CO<br>405 COUNTY RD E W<br>ST PAUL, MN 55126 |
| UNITED PHARMACY SERVICES, INC. | NATIONAL PEN CORPORATION<br>DEPT 274501<br>P O BOX 55000<br>DETROIT, MI 48255-2745 |
| UNITED PHARMACY SERVICES, INC. | NEIGHBOR NEWSPAPERS<br>580 FAIRGROUND ST<br>P O BOX 449<br>MARIETTA, GA 30061 |
| UNITED PHARMACY SERVICES, INC. | NET-TEL COMMUNICATIONS<br>P O BOX 631489<br>BALTIMORE, MD 21263-1489 |
| UNITED PHARMACY SERVICES, INC. | NIELS SPIRITWEAR<br>P O BOX 1025<br>WINDER, GA 30680 |
| UNITED PHARMACY SERVICES, INC. | NISSAN MOTOR ACCEPTANCE CORP<br>P O BOX 0502<br>CAROL STREAM, IL 60132-0502 |
| UNITED PHARMACY SERVICES, INC. | NOREAST CAPITAL<br>P O BOX 4128<br>ANNAPOLIS, MD 21403 |
| UNITED PHARMACY SERVICES, INC. | XCEL ENERGY<br>NORTHERN STATES POWER CO<br>PO BOX 59<br>MINNEAPOLIS, MN 55440-0059 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **PHILLIP C WEST** _____,    Case No. _____

Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **UNITED PHARMACY SERVICES, INC.** | **NORWEST BANK MINNESOTA NA**<br>**P O BOX B514**<br>**MINNEAPOLIS, MN 55479-0514** |
| **UNITED PHARMACY SERVICES, INC.** | **OAK HILL BANKS**<br>**PO BOX 647**<br>**JACKSON, OH 45640** |
| **UNITED PHARMACY SERVICES, INC.** | **OMNI LINK**<br>**NW9024**<br>**PO BOX 1450**<br>**MINNEAPOLIS, MN 55485** |
| **UNITED PHARMACY SERVICES, INC.** | **OMRON HEALTHCARE**<br>**1200 LAKESIDE DR**<br>**BANNOCKBURN, IL 60015** |
| **UNITED PHARMACY SERVICES, INC.** | **OSLAND JANITORIAL SUPPLY**<br>**1401 E CLIFF RD**<br>**BURNSVILLE, MN 55337** |
| **UNITED PHARMACY SERVICES, INC.** | **PAID PRESCRIPTIONS LLC**<br>**PO BOX 719**<br>**PARSIPPANY, NJ 07054-0719** |
| **UNITED PHARMACY SERVICES, INC.** | **PAR MED**<br>**P O BOX 90272**<br>**CHICAGO, IL 60696-0272** |
| **UNITED PHARMACY SERVICES, INC.** | **PARI RESPIRATORY EQUIPMENT**<br>**13800 HULL STREET RD**<br>**MIDLOTHIAN, VA 23112** |
| **UNITED PHARMACY SERVICES, INC.** | **PEACH STATE FIRE INC**<br>**626 INDUSTRIAL BLVD**<br>**GAINESVILLE, GA 30501** |
| **UNITED PHARMACY SERVICES, INC.** | **PEACHTREE PACKAGING**<br>**770 MARATHON PKWY**<br>**LAWRENCEFVILLE, GA 30045** |
| **UNITED PHARMACY SERVICES, INC.** | **PENNER & WELSCH**<br>**10016 RIVER ROAD**<br>**ST ROSA, LA 70087** |
| **UNITED PHARMACY SERVICES, INC.** | **PEPSI COLA**<br>**P O BOX 75948**<br>**CHICAGO, IL 60675** |
| **UNITED PHARMACY SERVICES, INC.** | **PHARMPAC**<br>**2205 ARKWRIGHT ST**<br>**MAPLEWOOD, MN 55117-1823** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

In re    **PHILLIP C WEST**                                    ,     Case No. _____

Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| UNITED PHARMACY SERVICES, INC. | PIEDMONT MASTER PRINTING<br>P O BOX 661<br>WINDER, GA 30680 |
| UNITED PHARMACY SERVICES, INC. | PINNACLE MEDSOURCE<br>P O BOX 116813<br>ATLANTA, GA 30368-6813 |
| UNITED PHARMACY SERVICES, INC. | PIONEER PRESS<br>P O BOX 64831<br>ST PAUL, MN 55164-0831 |
| UNITED PHARMACY SERVICES, INC. | PITNEY BOWES<br>P O BOX 856042<br>LOUISVILLE, KY 40285-6042 |
| UNITED PHARMACY SERVICES, INC. | PLUS PUBLICATION<br>P O BOX 230<br>HARTLAND, WI 53029 |
| UNITED PHARMACY SERVICES, INC. | POLKA DOT<br>110 E 17TH ST<br>HASTINGS, MN 55033 |
| UNITED PHARMACY SERVICES, INC. | POST BULLETIN COMPANY<br>P O BOX 6118<br>ROCHESTER, MN 55903-6118 |
| UNITED PHARMACY SERVICES, INC. | POSTER COMPLIANCE CENTER<br>3687 MT DIABLO BLVD STE B100<br>LAFAYETTE, CA 94549-3744 |
| UNITED PHARMACY SERVICES, INC. | POSTMASTER<br>SEEGER SQUARE<br>P O BOX 886 ARCADE ST<br>ST PAUL, MN 55106-9998 |
| UNITED PHARMACY SERVICES, INC. | PRECISION LABORATORY PLASTICS<br>P O BOX 130<br>GIG HARBOR, WA 98335 |
| UNITED PHARMACY SERVICES, INC. | PRIDE MOBILITY PRODUCTS<br>182 SUSQUEHANNA AVE<br>EXETER, PA 18643-2694 |
| UNITED PHARMACY SERVICES, INC. | PROF CARPET & UPHOLSTERY CLEAN<br>2476 HAVERTON RD<br>MENDOTA HEIGHTS, MN 55120 |
| UNITED PHARMACY SERVICES, INC. | PROFORMA<br>P O BOX 640814<br>CINCINNATI, OH 45264-0814 |

Sheet   **19**   of   **29**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

In re   **PHILLIP C WEST** _____ ,   Case No. _____

                                        Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **UNITED PHARMACY SERVICES, INC.** | **PRUDENT PUBLISHING**<br>P O BOX 360<br>RIDGEFIELD PARK, NJ 07660-0360 |
| **UNITED PHARMACY SERVICES, INC.** | **PURCHASE POWER**<br>P O BOX 856042<br>LOUISVILLE, KY 40285-6042 |
| **UNITED PHARMACY SERVICES, INC.** | **QWEST**<br>P O BOX 1301<br>MINNEAPOLIS, MN 55483-0001 |
| **UNITED PHARMACY SERVICES, INC.** | **R & S SALES INC**<br>P O BOX 840839<br>DALLAS, TX 75284-0839 |
| **UNITED PHARMACY SERVICES, INC.** | **R E FRITZ**<br>P O BOX 27359<br>MINNEAPOLIS, MN 55427-4485 |
| **UNITED PHARMACY SERVICES, INC.** | **R E FRITZ**<br>8511 - 10TH AVE N<br>MINNEAPOLIS, MN 55427-4485 |
| **UNITED PHARMACY SERVICES, INC.** | **RADIO AMERICA**<br>P O BOX 94258<br>CHICAGO, IL 60690 |
| **UNITED PHARMACY SERVICES, INC.** | **RAINBOW PHARMACY**<br>892 ARCADE ST<br>ST PAUL, MN 55106 |
| **UNITED PHARMACY SERVICES, INC.** | **RED ARROW WASTE DISPOSAL**<br>44 E ACKER ST<br>ST PAUL, MN 55117 |
| **UNITED PHARMACY SERVICES, INC.** | **RED BOOK**<br>P O BOX 10689<br>DES MOINES, IA 50336-0689 |
| **UNITED PHARMACY SERVICES, INC.** | **RESMED**<br>LOCKBOX 51054<br>LOS ANGELES, CA 90051-5354 |
| **UNITED PHARMACY SERVICES, INC.** | **RESPIRATORY DISTRIBUTORS INC**<br>AMSOUTH BANK<br>P O BOX 11407<br>BIRMINGHAM, AL 35246-0439 |
| **UNITED PHARMACY SERVICES, INC.** | **RESPIRONICS**<br>P O BOX 640817<br>PITTSBURGH, PA 15264-0817 |

Sheet __20__ of __29__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| UNITED PHARMACY SERVICES, INC. | RETAIL SERVICES<br>P O BOX 5238<br>CAROL STREAM, IL 60197-5238 |
| UNITED PHARMACY SERVICES, INC. | RICHARD C BELLOWS<br>P O BOX 441<br>GAINESVILLE, GA 30503-0441 |
| UNITED PHARMACY SERVICES, INC. | ROCKFORD CAPITAL LEASING<br>4249 E STATE ST STE 301<br>ROCKFORD, IL 61108 |
| UNITED PHARMACY SERVICES, INC. | ROGERS PRINTE SHOPPE<br>790 SEVENTH ST E<br>ST PAUL, MN 55106 |
| UNITED PHARMACY SERVICES, INC. | ROYAL BANK AMERICA LEASING LP<br>550 TOWNSHIP LINE RD STE 425<br>BLUE BELL, PA 19422 |
| UNITED PHARMACY SERVICES, INC. | RUTH DORNFELD |
| UNITED PHARMACY SERVICES, INC. | ST PAUL WATER UTILITY<br>8 - 4TH ST STE 200<br>ST PAUL, MN 55101-1007 |
| UNITED PHARMACY SERVICES, INC. | SALTER LABS<br>100 W SYCAMORE RD<br>ARVIN, CA 93203 |
| UNITED PHARMACY SERVICES, INC. | SAMS CLUB<br>P O BOX 4596<br>CAROL STREAM, IL 60197-4596 |
| UNITED PHARMACY SERVICES, INC. | SCOTT KONECZNY |
| UNITED PHARMACY SERVICES, INC. | SECRETARY OF STATE<br>180 STATE OFFICE BLDG<br>100 CONSTITUTION AVE<br>ST PAUL, MN 55155-1299 |
| UNITED PHARMACY SERVICES, INC. | SHRED-IT<br>6943 WASHINGTON AVE S<br>EDINA, MN 55439 |
| UNITED PHARMACY SERVICES, INC. | SHURGARD STORAGE<br>7760 ROSWELL RD<br>DUNWOODY, GA 30350 |
| UNITED PHARMACY SERVICES, INC. | SIA<br>5400 BROKEN SOUND BLVD NW<br>SUITE 500<br>BOCA RATON, FL 33487-3522 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re    **PHILLIP C WEST**                                  ,      Case No. _____

                                           Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **UNITED PHARMACY SERVICES, INC.** | **SIGNIUS**<br>**7851 OLD MORROW RD**<br>**JONESBORO, GA 30236** |
| **UNITED PHARMACY SERVICES, INC.** | **SLEEP NET CORPORATION**<br>**1050 PERIMETER RD**<br>**MANCHESTER, NH 03103** |
| **UNITED PHARMACY SERVICES, INC.** | **SOUTHEASTERN STAFFING INC**<br>**225 W BUSCH BLVD**<br>**TAMPA, FL 33612** |
| **UNITED PHARMACY SERVICES, INC.** | **SPRINT**<br>**P O BOX 660092**<br>**DALLAS, TX 75266-0092** |
| **UNITED PHARMACY SERVICES, INC.** | **ST JOHNS**<br>**771 MARGARET ST**<br>**ST PAUL, MN 55106** |
| **UNITED PHARMACY SERVICES, INC.** | **ST PAUL FIRE & MARINE**<br>**388 WASHINGTON ST**<br>**ST PAUL, MN 55102** |
| **UNITED PHARMACY SERVICES, INC.** | **STAND GUARD**<br>**P O BOX 62291**<br>**NEW ORLEANS, LA 70162** |
| **UNITED PHARMACY SERVICES, INC.** | **STANDARD**<br>**P O BOX 907126**<br>**GAINESVILLE, GA 30501-0903** |
| **UNITED PHARMACY SERVICES, INC.** | **STAR TRIBUNE**<br>**P O BOX 1285**<br>**MINNEAPOLIS, MN 55440** |
| **UNITED PHARMACY SERVICES, INC.** | **STATE AUTO INSURANCE**<br>**P O BOX 182738**<br>**COLUMBUS, OH 43218-2738** |
| **UNITED PHARMACY SERVICES, INC.** | **STATE FARM INSURANCE COMPANIES**<br>**7401 CYPRESS GARDENS BLVD**<br>**WINTER HAVEN, FL 33888-0007** |
| **UNITED PHARMACY SERVICES, INC.** | **STEAMBOAT MAGAZINE**<br>**P O BOX 881659**<br>**STEAMBOAT SPRINGS, CO 80488** |
| **UNITED PHARMACY SERVICES, INC.** | **STRATUS COMMUNICATIONS**<br>**P O BOX 720670**<br>**ATLANTA, GA 30358** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

In re    **PHILLIP C WEST**                                                                    ,    Case No. _____
                                                                                   Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **UNITED PHARMACY SERVICES, INC.** | **SUNRISE MEDICAL**<br>**7030 COLLECTION CENTER DR**<br>**CHICAGO, IL 60693** |
| **UNITED PHARMACY SERVICES, INC.** | **SUPERIOR PHARMACEUTICAL**<br>**FPP DISTRIBUTION**<br>**P O BOX 26657**<br>**NEW YORK, NY 10087-6657** |
| **UNITED PHARMACY SERVICES, INC.** | **SUSANNA CLUTHE**<br>**563 TRILLUM COURT**<br>**MARIETTA, GA 30008** |
| **UNITED PHARMACY SERVICES, INC.** | **TACY MEDICAL INC**<br>**P O BOX 15807**<br>**FERNANDINA BEACH, FL 32035-3114** |
| **UNITED PHARMACY SERVICES, INC.** | **TAMARACK MATERIALS INC**<br>**9300 JAMES AVE S**<br>**BLOOMINGTON, MN 55431** |
| **UNITED PHARMACY SERVICES, INC.** | **TEAM DME**<br>**750 OLD HICKORY BLVD**<br>**BUILDING 2, SUITE 220**<br>**BRENTWOOD, TN 37027** |
| **UNITED PHARMACY SERVICES, INC.** | **TELETEK**<br>**2101 KENNEDY ST E**<br>**MINNEAPOLIS, MN 55413** |
| **UNITED PHARMACY SERVICES, INC.** | **THE GOPHER COMPANY**<br>**2701 - 36TH AVE S**<br>**MINNEAPOLIS, MN 55406** |
| **UNITED PHARMACY SERVICES, INC.** | **THE HUNTINGTON NATIONAL BANK**<br>**EQUIPMENT FINANCE DIVISION**<br>**P O BOX 701096**<br>**CINCINNATI, OH 45270-1096** |
| **UNITED PHARMACY SERVICES, INC.** | **INT'L JOURNAL OF COMPOUNDING**<br>**P O BOX 820907**<br>**HOUSTON, TX 77282** |
| **UNITED PHARMACY SERVICES, INC.** | **THE RIBBON DIVISION LTD**<br>**21623 MARILLA ST**<br>**CHATSWORTH, CA 91311** |
| **UNITED PHARMACY SERVICES, INC.** | **THE TIMES**<br>**P O BOX 100003**<br>**GAINESVILLE, GA 30503** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **PHILLIP C WEST** _____ ,    Case No. _____

                                 Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| UNITED PHARMACY SERVICES, INC. | THIS WEEK PUBLICATIONS<br>2325 PARKLAWN DR STE R<br>WAUKESHA, WI 53186 |
| UNITED PHARMACY SERVICES, INC. | THOMAS DRUG<br>2704 JEFFERSON ST<br>AUSTELL, GA 30168 |
| UNITED PHARMACY SERVICES, INC. | THOMAS HEALTHCARE DMS<br>P O BOX 95553<br>CHICAGO, IL 60694-5553 |
| UNITED PHARMACY SERVICES, INC. | TIARA MEDICAL SYSTEMS<br>14414 DETROIT AVE STE 206<br>LAKEWOOD, OH 44107 |
| UNITED PHARMACY SERVICES, INC. | TIM CAGLE CPA<br>2485 BETHANY RD<br>ALPHARETTA, GA 30004 |
| UNITED PHARMACY SERVICES, INC. | TRINITY CAPITAL<br>P O BOX 515487<br>LOS ANGELES, CA 90051-6787 |
| UNITED PHARMACY SERVICES, INC. | TRM CORPORATION<br>5208 NE 122ND AVE<br>PORTLAND, OR 97230-1074 |
| UNITED PHARMACY SERVICES, INC. | TWIN CITY SCALE COMPANY INC<br>3011 E 42ND ST<br>MINNEAPOLIS, MN 55406 |
| UNITED PHARMACY SERVICES, INC. | TWO DAYS INC<br>3907 LAKE LEAF VIEW<br>SUWANEE, GA 30024 |
| UNITED PHARMACY SERVICES, INC. | ULINE<br>2200 S LAKESIDE DR<br>WAUKEGAN, IL 60085 |
| UNITED PHARMACY SERVICES, INC. | UNISON MICROCOMPUTER CENTER<br>113 BRADFORD ST SE<br>GAINESVILLE, GA 30501 |
| UNITED PHARMACY SERVICES, INC. | UNITED HEALTH CARE INSURANCE<br>PITTSBURG SERVICE CENTER<br>P O BOX 740819<br>ATLANTA, GA 30374-0819 |
| UNITED PHARMACY SERVICES, INC. | UNITED PARCEL SERVICE<br>P O BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **PHILLIP C WEST**    ,    Case No. _____

_____

Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **UNITED PHARMACY SERVICES, INC.** | **US BANCORP**<br>**P O BOX 790408**<br>**ST LOUIS, MO 63179-0408** |
| **UNITED PHARMACY SERVICES, INC.** | **US WEST**<br>**P O BOX 1301**<br>**MINNEAPOLIS, MN 55483-0001** |
| **UNITED PHARMACY SERVICES, INC.** | **USA TODAY**<br>**P O BOX 79002**<br>**BALTIMORE, MD 21279-0002** |
| **UNITED PHARMACY SERVICES, INC.** | **VALLEY NEWS COMPANY**<br>**1305 STADIUM ROAD**<br>**MANKATO, MN 56001** |
| **UNITED PHARMACY SERVICES, INC.** | **VALUE IN PHARMACEUTICALS**<br>**P O BOX 8500-1020**<br>**PHILADELPHIA, PA 19178-1020** |
| **UNITED PHARMACY SERVICES, INC.** | **VERIZON**<br>**P O BOX 25506**<br>**LEHIGH VALLEY, PA 18002-5506** |
| **UNITED PHARMACY SERVICES, INC.** | **VERNON SALES PROMOTION**<br>**P O BOX 600**<br>**NEWTON, IA 50208-2065** |
| **UNITED PHARMACY SERVICES, INC.** | **VGM FINANCIAL**<br>**P O BOX 78523**<br>**MILWAUKEE, WI 53278-0523** |
| **UNITED PHARMACY SERVICES, INC.** | **VIKING OFFICE PRODUCTS**<br>**P O BOX 30488**<br>**LOS ANGELES, CA 90030-0488** |
| **UNITED PHARMACY SERVICES, INC.** | **WEB MD**<br>**P O BOX 930114**<br>**ATLANTA, GA 31193-0114** |
| **UNITED PHARMACY SERVICES, INC.** | **WEBER ELECTRIC**<br>**577 SHOREVIEW PARK RD**<br>**SHOREVIEW, MN 55126** |
| **UNITED PHARMACY SERVICES, INC.** | **WELLS FARGO**<br>**P O BOX 6426**<br>**CAROL STREAM, IL 60197-6426** |
| **UNITED PHARMACY SERVICES, INC.** | **WELLS FARGO CARD SERVICES**<br>**P O BOX 29491**<br>**PHOENIX, AZ 85038-9491** |

Sheet __25__ of __29__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **PHILLIP C WEST** _____ ,    Case No. _____

                                            Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **UNITED PHARMACY SERVICES, INC.** | **WINONA POST**<br>**64 E 2ND ST**<br>**WINONA, MN 55987** |
| **UNITED PHARMACY SERVICES, INC.** | **WISCONSIN NEWSPAPER ASSN**<br>**3822 MINERAL POINT RD**<br>**P O BOX 5580**<br>**MADISON, WI 53705** |
| **UNITED PHARMACY SERVICES, INC.** | **WYETH**<br>**DEPT CH14083**<br>**PALATINE, IL 60085-4083** |
| **UNITED PHARMACY SERVICES, INC.** | **XEROX CORPORATION**<br>**P O BOX 650361**<br>**DALLAS, TX 75265-0361** |
| **UNITED PHARMACY SERVICES, INC.** | **ZENITH GOLDLINE**<br>**P O BOX 96884**<br>**CHICAGO, IL 60693** |
| **UNITED PHARMACY SERVICES, INC.** | **ZURICH**<br>**8712 INNOVATION WAY**<br>**CHICAGO, IL 60682-0087** |
| **UNITED PHARMACY SERVICES, INC.** | **CLEAR CHANNEL OUTDOOR INC**<br>**C/O BELOIN BROWN BLUM & BAER**<br>**2550 HERITAGE COURT STE 200**<br>**ATLANTA, GA 30339** |
| **UNITED PHARMACY SERVICES, INC.** | **CHRYSLER FINANCIAL**<br>**PO BOX 9223**<br>**FARMINGTON HILL, MI 48333** |
| **UNITED PHARMACY SERVICES, INC.** | **MARTIN, JAMES ESQ**<br>**SIMPSON LAW OFFICE LLP**<br>**3490 PIEDMONT RD STE 300**<br>**ATLANTA, GA 30305** |
| **UNITED PHARMACY SERVICES, INC.** | **FAHNLANDER, VINCENT J ESQ**<br>**MOHRMAN & KAARDAL PA**<br>**33 S SIXTH ST STE 4100**<br>**MINNEAPOLIS, MN 55402** |
| **UNITED PHARMACY SERVICES, INC.** | **SINGER, GEORGE ESQ**<br>**LINDQUIST & VENNUM PLLP**<br>**80 S EIGHTH ST STE 4200**<br>**MINNEAPOLIS, MN 55402** |
| **UNITED PHARMACY SERVICES, INC.** | **ADLER, RUSSELL S ESQ**<br>**CARMEN & ADLER PA**<br>**6001 BROKEN SOUND PKWY NW #404**<br>**BOCA RATON, FL 33487-2754** |

Sheet __26__ of __29__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re    **PHILLIP C WEST**                                            , Case No. _____

                                                     Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| UNITED PHARMACY SERVICES, INC. | GE COMMERCIAL FINANCE<br>GE MONEY BANK<br>PO BOX 981127<br>EL PASO, TX 79998-1127 |
| UNITED PHARMACY SERVICES, INC. | LOIS, DR TOM<br>2121 FOUNTAIN DR STE K<br>ATLANTA, GA 30327 |
| UNITED PHARMACY SERVICES, INC. | MATRIX DISTRIBUTORS INC<br>110 TICES LANE<br>BUILDING A UNIT 5B<br>EAST BRUNSWICK, NJ 08816 |
| UNITED PHARMACY SERVICES, INC. | BIEGEL, GREG ESQ<br>BARRICK SWITZER ET AL<br>PO BOX 17109<br>ROCKFORD, IL 61110 |
| UNITED PHARMACY SERVICES, INC. | SILVERMARK CAPITAL<br>5757 MEMORIAL DR SECOND FLOOR<br>HOUSTON, TX 77077 |
| UNITED PHARMACY SERVICES, INC. | CAPOBIANCO, JOSEPH ESQ<br>1305 FRANKLIN AVE<br>PO BOX 119<br>GARDEN CITY, NY 11530 |
| UNITED PHARMACY SERVICES, INC. | TELEFLEX MEDICAL<br>4024 STIRRUP CREEK DR STE 720<br>DURHAM, NC 27703 |
| UNITED PHARMACY SERVICES, INC. | US BANKCORP<br>1310 MADRID ST STE 106<br>MARSHALL, MN 56258 |
| UNITED PHARMACY SERVICES, INC. | VGM EQUIPMENT LEASING<br>1111 SAN MARNON DR<br>WATERLOO, IA 50701 |
| UNITED PHARMACY SERVICES, INC. | WORLDWIDE FINANCIAL NETWORK<br>2501 VIRGINIA LANE<br>NORTHBROOK, IL 60062 |
| UNITED PHARMACY SERVICES, INC. | WENDLAND, CHRISTOPHER S ESQ<br>CLARK BUTLER WALSH & HAMANN<br>315 E FIFTH ST PO BOX 596<br>WATERLOO, IA 50704 |
| UNITED PHARMACY SERVICES, INC. | HEWITSON, STEVEN J ESQ<br>TROUTMAN SANDERS LLP<br>600 PEACHTREE ST NE STE 5200<br>ATLANTA, GA 30308 |

Sheet __27__ of __29__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

In re    **PHILLIP C WEST**                            Case No. _____

                                           Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| UNITED PHARMACY SERVICES, INC. | DEMARTINI, LAURA A ESQ<br>BELOIN BROWN BLUM & BAER<br>2550 HERITAGE CT STE 200<br>ATLANTA, GA 30339 |
| UNITED PHARMACY SERVICES, INC. | ACCENT<br>PO BOX 69004<br>OMAHA, NE 68106-5004 |
| UNITED PHARMACY SERVICES, INC. | CAMERON AND COMPANY INC<br>1140 N TOWN CENTER DR STE 320<br>LAS VEGAS, NV 89144 |
| UNITED PHARMACY SERVICES, INC. | DEMARCO, DR FRANK J JR<br>500 MEDICAL CENTER BLVD<br>LAWRENCEVILLE, GA 30045 |
| UNITED PHARMACY SERVICES, INC. | GEORGIA DEPT OF REVENUE<br>SALES AND USE TAX DIVISION<br>PO BOX 105284<br>ATLANTA, GA 30348-5296 |
| UNITED PHARMACY SERVICES, INC. | GEORGIA INCOME TAX DIVISION<br>PO BOX 740397<br>ATLANTA, GA 30374-0397 |
| UNITED PHARMACY SERVICES, INC. | JOHN RAY<br>7850 AVERY BRIDGE LANE<br>GAINESVILLE, GA 30506 |
| UNITED PHARMACY SERVICES, INC. | NGCSU<br>BOX 8251<br>DAHLONEGA, GA 30597 |
| UNITED PHARMACY SERVICES, INC. | PALMETTO GBA DEMERC OVERPAYMEN<br>PO BOX 100183<br>COLUMBIA, SC 29202-3183 |
| UNITED PHARMACY SERVICES, INC. | PREFERRED ONE<br>6105 GOLDEN HILLS DR<br>GOLDEN VALLEY, MN 55416 |
| UNITED PHARMACY SERVICES, INC. | SIGNATURE AUTO SALES<br>1517 BROWNS BRIDGE RD<br>GAINESVILLE, GA 30504 |
| UNITED PHARMACY SERVICES, INC. | TRICARE<br>AG-900<br>PO BOX 100279<br>COLUMBIA, SC 29202-3279 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

In re   **PHILLIP C WEST**            ,    Case No. _____

                               Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **UNITED PHARMACY SERVICES, INC.** | **MARSDEN, WILLIAM G ESQ**<br>**PRINCE YEATES & GELDZAHLER**<br>**175 E 400 S STE 900**<br>**SALT LAKE CITY, UT 84111** |
| **UNITED PHARMACY SERVICES, INC.** | **CLARK BUTLER WALSH & HAMANN**<br>**315 E 5TH ST**<br>**PO BOX 596**<br>**WATERLOO, IA 50704** |

Sheet  **29**  of  **29**  continuation sheets attached to the Schedule of Codebtors

In re  **PHILLIP C WEST**                                    Case No. _____
                     _____
                                Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Daughter**<br>**Son**<br>**Son** | AGE(S):<br>**11**<br>**14**<br>**9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **ROOFER** | |
| Name of Employer | | |
| How long employed | **1 MONTH** | |
| Address of Employer | | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

|  |  | DEBTOR |  | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 6,000.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 6,000.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 2,470.37 | $ | N/A |
| b. Insurance | $ | 0.00 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify): _____ | $ | 0.00 | $ | N/A |
| _____ | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 2,470.37 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 3,529.63 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): _____ | $ | 0.00 | $ | N/A |
| _____ | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): _____ | $ | 0.00 | $ | N/A |
| _____ | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 3,529.63 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ 3,529.63 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**INCOME IS BASE UPON A FULL 40 HR WORK WEEK AS A ROOFER.  DEBTOR HAS YET TO ACHIEVE THIS BUT HOPES TO EARN THIS MUCH THROUGH THE SUMMER SEASON.**

In re  **PHILLIP C WEST**                                                           Case No. _____
                                    Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,020.52 |
| a. Are real estate taxes included?             Yes __X__          No ___ | | |
| b. Is property insurance included?             Yes __X__          No ___ | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 160.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 49.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 218.24 |
| 3. Home maintenance (repairs and upkeep) | $ | 250.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 75.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 25.00 |
| 8. Transportation (not including car payments) | $ | 49.05 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 464.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 2,383.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 105.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,     $ _____ 6,423.81
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 3,529.63 |
| b.   Average monthly expenses from Line 18 above | $ | 6,423.81 |
| c.   Monthly net income (a. minus b.) | $ | -2,894.18 |

In re    **PHILLIP C WEST**                                                      Case No. _____

                                          Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **GARBAGE** | $ | **81.00** |
| **CABLE** | $ | **137.24** |
| **Total Other Utility Expenditures** | $ | **218.24** |

**Other Expenditures:**

| | | |
|---|---|---:|
| **POSTAGE** | $ | **10.00** |
| **PERSONAL CARE** | $ | **20.00** |
| **PETS** | $ | **75.00** |
| **Total Other Expenditures** | $ | **105.00** |

# United States Bankruptcy Court
## District of Minnesota

In re    **PHILLIP C WEST**                          Case No. _____

                                      Debtor(s)          Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

         I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of \_\_\_\_**123**\_\_\_\_ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **June 22, 2007**                          Signature    **/s/ PHILLIP C WEST**

                                                           **PHILLIP C WEST**
                                                           Debtor

        *Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Minnesota

In re   **PHILLIP C WEST** _____   Case No. _____

                                        Debtor(s)        Chapter   **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$42,692.00** | **2007 YTD** |
| **$99,787.00** | **2006** |
| **$82,622.00** | **2005** |
| **$560.00** | **ROOFING 2007 YTD** |
| **$3,063.00** | **ROOFING 2006** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,500.00 | **DEBTOR RECEIVED $2500 OF GIFT CARDS FROM AMERICAN EXPRESS ACCOUNT FOR HOME DEPOT - $2000 AND CRATE & BARREL - $500** |
| $311.00 | **2006 TAX REFUNDS** |
| $3,063.00 | **2006 MISCELLANEOUS** |
| $1,557.00 | **2005 TAX REFUNDS** |
| $12,250.00 | **2005 NON-COMPETE** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

   a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

   b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **AMERICA'S SERVICING COMPANY PO BOX 10328 DES MOINES, IA 50306-0328** | **03/07/07 - $2,020.53; 04/08/07 - $2,020.53; 05/15/07 - $2,096.57; MAY $4,192.00** | **$10,253.59** | **$236,894.07** |
| **WELLS FARGO BUSINESSLINE PO BOX 948750 SACRAMENTO, CA 95834** | **05/04/07** | **$945.00** | **$0.00** |
| **BANK OF AMERICA PO BOX 37279 BALTIMORE, MD 21297-3279** | **05/05/07 - $542.00; 05/08/07 - $478.00** | **$1,020.00** | **$0.00** |
| **NISSAN MOTOR ACCEPTANCE CORP PO BOX 660366 DALLAS, TX 75266** | **$464.00 PER MONTH** | **$1,392.00** | **$15,533.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **JOAN ELIZABETH WEST** | **MAY 2007. PAID 3 MONTH ALIMONY AND CHILD SUPPORT IN ADVANCE FOR JUNE, JULY AND AUGUST BECAUSE I DID NOT KNOW IF I WOULD MAKE ENOUGH OVER THE SUMMER TO STAY CURRENT. MARCH, APRIL AND MAY MADE NORMAL PAYMENT OF $2,300 PER MONTH.** | **$13,800.00** | **$0.00** |

None ■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **FIRST PREMIER CAPITAL LLC V. UNITED PHARMACY SERVICES, INC. AND PHILLIP C. WEST** | **REPLEVIN AND COLLECTION** | **HENNEPIN COUNTY** | **PENDING** |
| **UNION CAPITAL PARTNERS LLC V. UNITED PHARMACY SERVICES, INC., ET AL, CIVIL NO. 070906279** | **COLLECTION** | **SALT LAKE COUNTY, UT** | **PENDING** |
| **VGM FINANCIAL SERVICES V. UNITED PHARMACY SERVICES, INC. AND PHILLIP WEST, NO. LACV101701** | **COLLECTION** | **BLACK HAWK COUNTY, IOWA** | **PENDING** |
| **ALLEGIANT PARTNERS INC. V. UNITED PHARMACY SERVICES, INC. AND PHILLIP WEST** | **COLLECTION** | **HALL COUNTY, GA** | **PENDING** |
| **CLEAR CHANNEL OUTDOOR, INC. V. UNITED PHARMACY SERVICES, INC. AND JOHN RAY, 07SV974N** | **COLLECTION** | **HALL COUNTY, GA** | **PENDING** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **C------- WEST (S0N)** | **SON** | **04/02/07** | **ALLOWANCE TO SON $320.00 FOR SNOW SHOVELING, DOG CARE AND OTHER CHORES** |
| **S------- WEST (DAUGHTER)** | **DAUGHTER** | **CHRISTMAS 2006** | **ELECTRIC PIANO FROM SAM'S - $300-350.00** |
| **ALL 3 CHILDREN** | **CHILDREN** | **CHRISTMAS 2006** | **BUBBLE HOCKEY GAME - $500.00** |

**8. Losses**

None
☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **HAIL DAMAGE TO RESIDENCE. $4,224.28** | | **AUGUST 2006** |

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **FELHABER LARSON** | **2007** | **$2,500.00** |
| **MICHAEL J. IANNACONE 8687 EAGLE POINT BLVD LAKE ELMO, MN 55042** | **SEE STATEMENT OF ATTORNEY.** | |

**10. Other transfers**

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **WELLS FARGO** | **SEE SCHEDULE B FOR ACCOUNT LISTING** | |

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **S------ WEST (DAUGHTER)** | **ELECTRIC PIANO, $300.00** | **HOMESTEAD** |
| **CHILDREN** | **MISC. TOYS, VIDEO GAMES.  SEE PARAGRAPH 7.** | **HOMESTEAD OR AT HOME OF EX-WIFE.** |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **UNITED PRESCRIPTION SERVICES INC** | | | | **NEVER CONDUCTED ANY BUSINESS.** |
| **UNITED PHARMACY SERVICES INC** | **41-1939970** | **8270 - 169TH ST W LAKEVILLE, MN 55044** | **HOME HEALTH CARE** | **1999 TO PRESENT** |
| **TRIPLE A MEDICAL** | **??** | **8270 - 169TH ST W LAKEVILLE, MN 55044** | **ONLINE SALES** | |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **TIM CAGLE CPA** | **1999 TO PRESENT** |
| **2485 BETHANY BEND** | |
| **ALPHARETTA, GA 30004** | |
| | |
| **MARY RICHTER CPA** | |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **TIM CAGLE CPA** | **2485 BETHANY BEND** | **1999 TO PRESENT** |
| | **ALPHARETTA, GA 30004** | |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **TIM CAGLE CPA** | **2485 BETHANY BEND** |
| **RECORDS FOR UNITED PHARMACY SERVICES** | **ALPHARETTA, GA 30004** |
| | |
| **CHARLES KELLEY ESQ** | |
| | |
| **JEANNE MORRIS ESQ** | |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **UNKNOWN** | **A COMPLETE LIST IS UNAVAILABLE DUE TO THE ACTIVITIES OF MR. RAY AND MR. CAGLE.** |

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None **b.** If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, ■ controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None **a.** If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the ■ commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None **b.** If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** ■ immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation ■ in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated ■ group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an ■ employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **June 22, 2007**                           Signature     **/s/ PHILLIP C WEST**

                                                              **PHILLIP C WEST**
                                                              Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## District of Minnesota

In re    **PHILLIP C WEST**                           Case No. _____

                                   Debtor(s)      Chapter     **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **HOMESTEAD LOCATED AT 8270 - 169TH ST. W., LAKEVILLE, MN 55044, LEGALLY DESCRIBED AS LOT 4, BLOCK 3, HIGHVIEW HEIGHTS, ACCORDING TO THE RECORDED PLAT THEREOF, AND SITUATE IN DAKOTA COUNTY, MINNESOTA.** | **AMERICA SERVICING COMPANY** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **2005 NISSAN EXTERA** | **NISSAN MOTOR ACCEPTANCE CORP** | **Debtor will retain collateral and continue to make regular payments.** | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date    **June 22, 2007** _____      Signature    **/s/ PHILLIP C WEST** _____

                                                   **PHILLIP C WEST**

                                                   Debtor

# United States Bankruptcy Court
## District of Minnesota

In re   **PHILLIP C WEST**

Case No. _____

Debtor(s)

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept.............................................................. | $            **7,201.00** |
| Prior to the filing of this statement I have received................................................ | $            **7,201.00** |
| Balance Due................................................................................................................ | $                 **0.00** |

2.  $ __**299.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Exemption planning, if applicable**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **REPRESENTATION DOES NOT INCLUDE (A) DEFENSE OF CONTESTED MATTERS OR ADVERSARY PROCEEDINGS, (B) CREDIT REPORT DISPUTES, (C) NEGOTIATION OF REAFFIRMATION AGREEMENTS, (D) DISCHARGE OF JUDGMENTS, (E) REMOVAL OF LIENS AGAINST REAL ESTATE, (F) REPRESENTATION IN CONNECTION OF AN APPEAL OF ANY ORDER OR JUDGMENT AND (G) CONVERSION OF A CASE TO A CASE UNDER A DIFFERENT CHAPTER. ITEMS A THROUGH G ARE EXCLUDED MATTERS. CLIENT UNDERSTANDS AND AGREES THAT IANNACONE LAW OFFICE WILL NOT SIGN THE ATTORNEY CERTIFICATION ON REAFFIRMATION AGREEMENTS.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   __**June 22, 2007**__

**/s/ MICHAEL J. IANNACONE**
**MICHAEL J. IANNACONE 48719**
**IANNACONE LAW OFFICE**
**8687 EAGLE POINT BLVD.**
**LAKE ELMO, MN 55042**
**651-224-3361  Fax: 651-297-6187**
**mji@iannacone.com**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **MICHAEL J. IANNACONE 48719** | X **/s/ MICHAEL J. IANNACONE** | **June 22, 2007** |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**8687 EAGLE POINT BLVD.
LAKE ELMO, MN 55042
651-224-3361**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **PHILLIP C WEST** | X **/s/ PHILLIP C WEST** | **June 22, 2007** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### District of Minnesota

In re    **PHILLIP C WEST**        Case No.                          

                                         Debtor(s)        Chapter      **7**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **June 22, 2007**                      **/s/ PHILLIP C WEST**

                                                **PHILLIP C WEST**
                                                Signature of Debtor

4IMPRINT
P O BOX 32383
HARTFORD CT 06150-2383


A G INDUSTRIES
P O BOX 270099
ST LOUIS MO 63127


AAA SANITATION INC
P O BOX 1268
DAHLONEGA GA 30533


ACACIA
785 CHALLENGER ST
BREA CA 92821


ACCENT
PO BOX 69004
OMAHA NE 68106-5004


ADLER, RUSSELL S ESQ
CARMEN & ADLER PA
6001 BROKEN SOUND PKWY NW #404
BOCA RATON FL 33487-2754


ADMINISTAR FEDERAL INC
PCI-DMERC-IN
LOCKBOX 660078
INDIANAPOLIS IN 46266-0078


ADMINISTRATIVE MANAGERS INC
105 CANTON HWY
CUMMING GA 30040


AGELITY
115 BROAD HOLLOW RD STE 325
MELVILLE NY 11747

AILCO FINANCIAL SERVICES INC
W222 N833 CHEANEY DR
WAUKESHA WI 53186


AIRGAS SOUTH
P O BOX 532609
ATLANTA GA 30353-2609


AIRLINK
3966 CLAIRMONT RD
ATLANTA GA 30341-4938


AIRSEP CORPORATION
290 CREEKSIDE DR
BUFFALO NY 14228


ALBERT NASUTI, ESQ
40 TECHNOLOGY PKWY. S #300
TRUSTEE-UNITED PHARMACY SERVIC
NORCROSS GA 30092


ALLEGIANT PARTNERS INC
999 FIFTH AVE STE 300
SAN RAFAEL CA 94901


ALLIANCE FINANCIAL
P O BOX 2149
GIG HARBOR WA 98335-4149


ALLIANCE FINANCIAL
P O BOS 3617
SEATTLE WA 98124-3617


ALLIANCE FUNDING GROUP INC
2099 S STATE COLLEGE BLVD #100
ANAHEIM CA 92806

ALLIANCE FUNDS
P O BOX 3617
SEATTLE WA 98124-3617


ALLIED WASTE
P O BOX 9001487
LOUISVILLE KY 40290-1487


ALLTEL CORPORATION
P O BOX 530533
ATLANTA GA 30353-0533


ALLWIN DATA SERVICES
SUITE 14000 BB&T BUILDING
ONE PACK SQUARE
ASHEVILLE NC 28801


AMERICA SERVICING COMPANY
PO BOX 10328
DES MOINES IA 50306


AMERICAN BANK LEASING
P O BOX 220
FRANKLIN TN 37069


AMERICAN BANK LEASING CORP
555 SUN VALLEY DR STE E-5
ROSWELL GA 30076


AMERICAN EXPRESS
P O BOX 360001
FORT LAUDERDALE FL 33336-0001


AMERICAN EXPRESS
BUSINESS MANAGEMENT ACCOUNT
P O BOX 7863
FORT LAUDERDALE FL 33329-7863

AMERICAN EXPRESS
P O BOX 0001
LOS ANGELES CA 90096-0001


AMERICAN EXPRESS CAPITAL LINE
P O BOX 297812
FORT LAUDERDALE FL 33329-7815


AMERICAN EXPRESS CAPITAL LINE
BOX 0001
LOS ANGELES CA 90096-0001


AMERICAN GREETINGS
ONE AMERICAN ROAD
CLEVELAND OH 44144-2398


ANALYTICAL RESEARCH LABORATORY
840 RESEARCH PKWY STE 546
OKLAHOMA CITY OK 73104


ANDA PHARMACEUTICALS
2915 WESTON ROAD
WESTON FL 33331


ANSWER AMERICA
150 E 58TH ST 29TH FLOOR
NEW YORK NY 10155-2698


ANYTIME ELECTRIC
4408 SHELLIE LANE
OAKWOOD GA 30566


APOTHECARY PRODUCTS INC
11750 12TH AVE S
BURNSVILLE MN 55336-1295

ARCH PAGING
P O BOX 660770
DALLAS TX 78266-0770


AT&T
P O BOX 78522
PHOENIX AZ 85062-8522


AT&T WIRELESS
P O BOX 8229
AURORA IL 60572-8229


ATLANTIC SALES AND REPAIR
P O BOX 15415
SURFSIDE BEACH SC 29587


ATMOS ENERGY
P O BOX 9001949
LOUISVILLE KY 40290-1949


ATS TECHNOLOGIES INC
542 SOUTH ENOTA DR
GAINESVILLE GA 30501


AUBREY'S LOCKSMITH SERVICE
1008 ATLANTA HIGHWAY
GAINESVILLE GA 30501


AVAYA COMMUNICATIONS
P O BOX 73061
CHICAGO IL 60673-3061


B BRAUN / MCGAW
P O BOX 8500-53708
PHILADELPHIA PA 19178-3708

BALBOA CAPITAL
2010 MAIN STREET, 11TH FLOOR
IRVINE CA 92614


BALBOA CAPITAL
P O BOX 14520
IRVINE CA 92623-4520


BANK OF AMERICA
P O BOX 15027
WILMINGTON DE 19850


BANK OF THE WEST
EQUIPMENT LEASING
201 N CIVIC DR STE 360B
WALNUT CREEK CA 94596


BANK OF THE WEST
P O BOX 4002
CONCORD CA 94524-4002


BANK OF WEST
475 SANSOME ST 19TH FLOOR
SAN FRANCISCO CA 94111


BANK SILVERMARK


BB&T
P O BOX 580155
CHARLOTTE NC 28258-0155


BEAUMONT PRODUCTS
1560 BIG SHANTY DR
KENNESAW GA 30144

BELLS SOUTH
P O BOX 105262
ATLANTA GA 30348-5262


BELLS SOUTH COMMUNICATION SYST
P O BOX 79045
BALTIMORE MD 21279-0045


BIEGEL, GREG ESQ
BARRICK SWITZER ET AL
PO BOX 17109
ROCKFORD IL 61110


BOARD OF WATER COMMISSIONERS
ST PAUL WATER UTILITY
8 RTH ST E STE 200
ST PAUL MN 55101-1007


BORGSTROM PHARMACY
990 PAYNE AVE
ST PAUL MN 55101


BOW LEASING


BROWN & BIGELOW
P O BOX 1450 NW 8554
MINNEAPOLIS MN 55485-8554


BROWN & BIGELOW INC
345 PLATO BLVD E
ST PAUL MN 55107


BROWN'S ICE CREAM CO
2929 UNIVERSITY AVE SE
MINNEAPOLIS MN 55414

BSFS EQUIPMENT LEASING
P O BOX 740428
ATLANTA GA 30374-0428


BUSINESS DISTRICT LLC
ATTN: LEASE PROCESSING
11660 W 75TH ST
SHAWNEE KS 66214


CAMERON AND COMPANY INC
1140 N TOWN CENTER DR STE 320
LAS VEGAS NV 89144


CAPITAL RETURNS INC
P O BOX 73916
CLEVELAND OH 44193


CAPOBIANCO, JOSEPH ESQ
1305 FRANKLIN AVE
PO BOX 119
GARDEN CITY NY 11530


CARBALDAV
2010 MAIN ST STE 1150
IRVINE CA 92614


CARDS N SUCH
11178 HURON ST STE 7
NORTHGLENN CO 80234


CARE CREDIT
GE MONEY BANK
PO BOX 981127
EL PASO TX 79998-1127


CARLSON RICHTER & COMPANY
12245 NICOLLET AVE S
BURNSVILLE MN 55337

CENTERPOINT ENERGY
P O BOX 4671
HOUSTON TX 77210-4671


CHAD THERAPEUTICS
DEPT NO 8664
LOS ANGELES CA 90084-8664


CHARLES N. KELLEY, ESQ.
340 JESSE JEWELL PKWY. #602
ATTY FOR UNITED PHARMACY SERVI
GAINESVILLE GA 30501


CHARTER COMMUNICATIONS
P O BOX 9001917
LOUISVILLE KY 40290-1917


CHAS LEVY CIRCULATING
33165 TREASURY CENTER
CHICAGO IL 60694-3100


CHRYSLER FINANCIAL
P O BOX 55000
DEPT 277001
DETROIT MI 48255-2770


CHRYSLER FINANCIAL
PO BOX 9223
FARMINGTON HILL MI 48333


CINGULAR WIRELESS
P O BOX 6463
CAROL STREAM IL 60197-6463


CITY OF GAINESVILLE
PUBLIC UTILITIES DEPT
P O BOX 779
GAINESVILLE GA 30503-0779

```
CITY OF LAKEVILLE
20195 HOLYOKE AVE
LAKEVILLE MN 55044-9047


CITY OF ST PAUL
TREASURY DIVISION
350 ST PETER ST STE 300
ST PAUL MN 55102-1510


CITY OF ST PAUL
OFFICE OF LICENSE
350 ST PETER ST STE 300
ST PAUL MN 55102-1510


CITY OF ST PAUL, TREASURY DEPT
160 CITY HALL
15 W KELLOGG BLVD
ST PAUL MN 55102


CLARK BUTLER WALSH & HAMANN
315 E 5TH ST
PO BOX 596
WATERLOO IA 50704


CLARK'S VARIETY WHOLESALE
1551 CRANE MILL ROAD
ALTO GA 30510


CLEAR CHANNEL OUTDOOR INC
C/O BELOIN BROWN BLUM & BAER
2550 HERITAGE COURT STE 200
ATLANTA GA 30339


CONDITIONED AIR SYSTEMS
2410 HILTON WAY SW
GAINESVILLE GA 30501


COOL AIR
```

CORNERSTONE COPY CENTER
13775 FRONTIER CT
BURNSVILLE MN 55337


CREATIVE INDEX
3442 FRANCIS RD STE 150
ALPHARETTA GA 30004


DAA ENTERPRISES
369 HARVARD ST STE 1
BROOKLINE MA 02446-2919


DAHLONEGA PHARMACY
70 MEMORIAL DR
DAHLONEGA GA 30533


DAKOTA ELECTRIC
P O BOX 64427
ST PAUL MN 55164-0427


DEMARCO, DR FRANK J JR
500 MEDICAL CENTER BLVD
LAWRENCEVILLE GA 30045


DEMARTINI, LAURA A ESQ
BELOIN BROWN BLUM & BAER
2550 HERITAGE CT STE 200
ATLANTA GA 30339


DENCO
BOX 38
ROUSES POINT NY 12797-0038


DOCUMENT DESTRUCTION
P O BOX 247
GAINESVILLE GA 30503

DOMOS HME CONSULTING GROUP
9528 - 167TH AVE NE
REDMOND WA 98052


DRUG PACKAGE INC
901 DRUG PACKAGE LANE
O'FALLON MO 63366


DULUTH NEWS TRIBUNE
424 W FIRST ST
P O BOX 169000
DULUTH MN 55816-9000


DYNA LABS
3830 WASHINGTON BLVD
ST LOUIS MO 63108


E Z GREGORY INC
P O BOX 44268
MADISON WI 53744-4268


ECLIPSE SUNGLASSES
P O BOX 204
SAVAGE MN 55378-0204


EDWARD SERVICES


ELECTRO WATCHMAN INC
1 WEST WATER ST STE 110
ST PAUL MN 55107


EMERGENCY PHYSICIANS PA
7301 OHMS LANE STE 650
EDINA MN 55439-4000

```
EMILY COLE
121 W GRANT ST STE 212
MINNEAPOLIS MN 55403-2341


EMMA MALLAK
4836 COUNTRY SIDE DR
FLOWERY BRANCH GA 30542


EMORY EASTSIDE MED CTR
PO BOX 406092
ATLANTA GA 30384


ENTERPRISE FUNDING
4308 THREE MILE RD NW STE A
GRAND RAPIDS MI 49534


EVANS NATIONAL LEASING
ONE GRIMSBY DR
HAMBURG NY 14075


F DOHMEN CO
35180 EAGLE WAY
CHICAGO IL 60678-1351


FAHNLANDER, VINCENT J ESQ
MOHRMAN & KAARDAL PA
33 S SIXTH ST STE 4100
MINNEAPOLIS MN 55402


FAIRVIEW
CENTRAL BUSINESS OFFICE
400 STINSON BLVD
MINNEAPOLIS MN 55413


FAMILY TIMES
P O BOX 16422
ST LOUIS PARK MN 55416
```

FARNER-BOCKEN
1751 HIGHWAY 30 E
PO BOX 368
CARROLL IA 51401


FEDERAL EXPRESS
P O BOX 94515
PALATINE IL 60094-4515


FINANCIAL PACIFIC LEASING
3455 SOUTH 344TH WAY
AUBURN WA 98001


FIRST CHOICE MEDICAL
P O BOX 1250
AUGUSTA GA 30903-1250


FIRST CREDIT CORPORATION
4300 BAYOU BLVD STE 33
PENSACOLA FL 32503


FIRST CREDIT FUNDING
P O BOX 2149
GIG HARBOR WA 98335


FIRST CREDIT FUNDING
P O BOX 3892
SEATTLE WA 98124-3892


FIRST DATABANK
8425 WOODFIELD CROSSING BLVD
P O BOX 40930
INDIANAPOLIS IN 46240-0930


FIRST HEALTH
P O BOX 11807
TUCSON AZ 85734

FIRST MUTUAL BANK
PO BOX 1647
BELLEVUE WA 98009


FIRST PORTLAND


FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS SD 57101


FIRST PREMIER CAPITAL LLC
5201 EDEN AVENUE STE 180
EDINA MN 55436


FIRSTCORP
8700 WAUKEGAN RD STE 100
MORTON GROVE IL 60053


FISHER & PAYKEL HEALTHCARE
BANK OF AMERICA
12724 COLLECTIONS CENTER DR
CHICAGO IL 60693


FMC DISTRIBUTION
850 E PARKRIDGE AVE B117
CORONA CA 92879


FORSYTH EXTERMINATING
203 E MAIN ST STE B
CUMMING GA 30040


FPC FUNDING II LLC
8700 WAUKEGAN RD STE 100
MORTON GROVE IL 60053

FRITZ COMPANY INC
1912 HASTINGS AVE
NEWPORT MN 55055


FRONTIER COMMUNICATIONS
P O BOX 92833
ROCHESTER NY 14692-8933


GALLIPOT INC
2020 SILVER BELL RD
ST PAUL MN 55122


GARY WEST
14815 W TOMAHAWK WAY
SUN CITY WEST AZ 85375


GE COMMERCIAL FINANCE
GE MONEY BANK
PO BOX 981127
EL PASO TX 79998-1127


GEORGIA BOARD OF PHARMACY
237 COLISEUM DR
MACON GA 31217


GEORGIA DEPT OF REVENUE
SALES AND USE TAX DIVISION
PO BOX 105284
ATLANTA GA 30348-5296


GEORGIA INCOME TAX DIVISION
PO BOX 740397
ATLANTA GA 30374-0397


GEORGIA MEDICAL REPAIR INC
P O BOX 73201
RICHMOND VA 23235

```
GEORGIA NATIONAL GAS
P O BOX 659411
SAN ANTONIO TX 78265-9411


GEORGIA POWER
96 ANNEX
ATLANTA GA 30396-0001


GEORGIAN BANK
2055 N BROWN RD STE 200
LAWRENCEVILLE GA 30043


GEORGIAN BANK
P O BOX 1309
POWDER SPRINGS GA 30127


GLASS DOCTOR
7460 OXFORD ST
ST LOUIS PARK MN 55406


GLOBAL CROSSING
P O BOX 741276
CINCINNATI OH 45274-1276


GOLDEN TECHNOLOGIES INC
401 BRIDGE ST
OLD FORGE PA 18518


GOOD AGE NEWSPAPER
919 LAFOND AVE
ST PAUL MN 55104


GOPHER MINI STORAGE
10685 165TH ST W
LAKEVILLE MN 55044
```

```
GRAINGER
DEPT 048-857542369
PALATINE IL 60038-0001


GREATER BAY BANK NA
300 TRI-STATE INT'L STE 400
LINCOLNSHIRE IL 60069


GREATER BAY CAPITAL
CONTRACTS DEPT
100 TRI-STATE INT'L STE 140
LINCOLNSHIRE IL 60069


GUARANTEED RETURNS
140 N BELLE MEAD RD
EAST SETAUKET NY 11733


H & H WHOLESALE
1099 ROCHESTER RD
TROY MI 48083


HARMON GLASS
2400 MINNEHAHA AVE S
MINNEAPOLIS MN 55404


HCA THE HEALTHCARE COMPANY
5707 PEACHTREE PARKWAY
NORCROSS GA 30092


HEALTHCARE & DIAGNOSTIC SOLUTI
P O BOX 730
LOXLEY AL 36551


HEWITSON, STEVEN J ESQ
TROUTMAN SANDERS LLP
600 PEACHTREE ST NE STE 5200
ATLANTA GA 30308
```

```
HOLOX LTD
CALLER 6100
NORCROSS GA 30091-6100


HUDSON RCI
P O BOX 951836
DALLAS TX 75395-1836


HUNTINGTON NATIONAL BANK
105 E FOURTH ST STE 200
CINCINNATI OH 45202


IFC CREDIT CORPORATION
8700 WAUKEGAN RD STE 100
MORTON GROVE IL 60053-2104


IMPRESSIONS ON HOLD
MARLIN LEASING
P O BOX 13604
PHILADELPHIA PA 19101-3604


INDEPENDENT PHARMACY COOP
1550 COLUMBUS ST
SUN PRAIRIE WI 53590


INFORMATION LEASING CORP
1023 W EIGHTH ST
CINCINNATI OH 45203


INT'L JOURNAL OF COMPOUNDING
P O BOX 820907
HOUSTON TX 77282


INTEGRARIVE MEDICINE ACCESS
P O BOX 1603
NEWBURGH NY 12551-1603
```

INTUIT
2800 E COMMERCE CENTER PL
TUCSON AZ 85706


INVACARE
33416 TREASURY CENTER
CHICAGO IL 60694-3400


INVACARE CORPORATION
ONE IVACARE WAY
ELYRIA OH 44035


INVACARE CREDIT CORP
P O BOX 41601
PHILADELPHIA PA 19101-1601


INVACARE SUPPLY
P O BOX 642878
PITTSBURG PA 15264-2878


IVAX
P O BOX 96884
CHICAGO IL 60693


JAYS COMPANY INC
P O BOX 47395
MINNEAPOLIS MN 55447


JOHN RAY
7850 AVERY BRIDGE LANE
GAINESVILLE GA 30506


KOPY KAT
P O BOX 5983
GAINESVILLE GA 30504-0983

LACROSSE TRIBUNE
401 N THIRD ST
P O BOX 865
LA CROSSE WI 54602-0420


LAKEVIEW PUBLISHING
210 DAHLONEGA ST STE 101
CUMMING GA 30040


LAKEVILLE SANITATION
P O BOX 769
LAKEVILLE MN 55044


LETCO MEDICAL
1316 COMMERCE DR
DECATUR AL 35601


LIFEGAS
CALLER 4100
NORCROSS GA 30091-4100


LILLY SUBURBAN NEWSPAPERS
2515 E 7TH AVE
N ST PAUL MN 55109


LINT SECURITY
4408 SARDIS DR
GAINESVILLE GA 30506


LIPPINCOTT WILLIAMS & WILKINS
P O BOX 1530
HAGERSTOWN MD 21741


LISTMART
171 ENGLISH LANDING DR STE 200
KANSAS CITY MO 64152

LITURGICAL PUBLICATIONS
P O BOX 510817
NEW BERLIN WI 53151-0817


LOIS, DR TOM
2121 FOUNTAIN DR STE K
ATLANTA GA 30327


LOMMEN NELSON LAW FIRM
1800 IDS CENTER
80 S EIGHTH ST
MINNEAPOLIS MN 55402


LUCENT TECHNOLOGIES
P O BOX 890222
CHARLOTTE NC 28289


M & C LEASING CO
P O BOX 2935
BUFFALO NY 14240-2935


M & C LEASING CO INC
85 RIVER ROCK DR STE 104
BUFFALO NY 14207


MADA MEDICAL
625 WASHINGTON AVE
CARLSTADT NJ 07072


MALLINCKRODT
P O BOX 905835
CHARLOTTE NC 28290-5835


MARSDEN, WILLIAM G ESQ
PRINCE YEATES & GELDZAHLER
175 E 400 S STE 900
SALT LAKE CITY UT 84111

```
MARTIN, JAMES ESQ
SIMPSON LAW OFFICE LLP
3490 PIEDMONT RD STE 300
ATLANTA GA 30305


MATRIX DISTRIBUTORS
P O BOX 250
SOUTH RIVER NJ 08882


MATRIX DISTRIBUTORS INC
110 TICES LANE
BUILDING A UNIT 5B
EAST BRUNSWICK NJ 08816


MBNA
P O BOX 37279
BALTIMORE MD 21297-3279


MCCRACKEN LABEL
5303 S KEELER AVE
CHICAGO IL 60632


MCKENZIE DRUGS
4814 HIGHWAY 78
LILBURN GA 30047


MCKESSON CORP
NW9024
P O BOX 1450
MINNEAPOLIS MN 55485


MCKESSON CORP-OMNI LINK
P O BOX 70252
CHICAGO IL 60673-0252


MCKESSON HBOC
1315 N CHOUTEAU TRAFFICWAY
KANSAS CITY MO 64120
```

MCKESSON PHARMACY SYSTEMS
P O BOX 633924
CINCINNATI OH 45263-3924


MEDE AMERICA
P O BOX 74243
CLEVELAND OH 44194


MEDICAL ARTS PRESS
P O BOX 94777
PALATINE IL 60094-4777


MEDICAL INDUSTRIES AMERICA
2636 - 289TH PLACE
ADEL IA 50003-8021


MEDISCA INC
P O BOX 2592
PLATTSBURGH NY 12901


MELS ELECTRICAL SERVICE INC
4870 LEDAN EXTENSION
GAINESVILLE GA 30506-2558


MENASHA CORP
DRAWER 823
MILWAUKEE WI 53278


METRO CASH REGISTER SYSTEMS
2145 UNIVERSITY AVE
ST PAUL MN 55114


METRO TRANSIT
CONVENIENCE FARES
560 - 6TH AVE N
MINNEAPOLIS MN 55411-4398

MICROMEDEX
P O BOX 95553
CHICAGO IL 60694-5553


MIDWEST COCA COLA
SDS 12-1015
P O BOX 86
MINNEAPOLIS MN 55486-1015


MIKES GUTTER SERVICE
3396 NANCY CREEK RD
GAINESVILLE GA 30501


MINNESOTA BOARD OF PHARMACY
2829 UNIVERSITY AVE SE STE 530
MINNEAPOLIS MN 55414-3251


MINNESOTA PHARMACIST ASSN
1935 W COUNTY RD B-2 STE 450
ROSEVILLE MN 55113


MINNESOTA SENIOR NEWS
IRIS PARK PLACE SUITE 171
1885 UNIVERSITY AVE W
ST PAUL MN 55104


MN DEPT AGRICULTURE
LICENSING SECTION
90 W PLATO BLVD
ST PAUL MN 55107-2094


MN DEPT REVENUE
551 BANKRUPTCY SECTION
PO BOX 64447
ST PAUL MN 55164


MN POSTER COMPLIANCE CENTER
1043 GRAND AVE
ST PAUL MN 55105

MORRIS LAW FIRM
2045 IDS CENTER
80 S EIGHTH ST
MINNEAPOLIS MN 55402


MY ANSWERING SERVICE
803 MIDDLEBROOK DR
JONESBORO GA 30236


NARDINI FIRE EQUIPMENT CO
405 COUNTY RD E W
ST PAUL MN 55126


NATIONAL CITY COMMERCIAL
CAPITAL CORPORATION
995 DALTON AVE
CINCINNATI OH 45203


NATIONAL PEN CORPORATION
DEPT 274501
P O BOX 55000
DETROIT MI 48255-2745


NEIGHBOR NEWSPAPERS
580 FAIRGROUND ST
P O BOX 449
MARIETTA GA 30061


NET-TEL COMMUNICATIONS
P O BOX 631489
BALTIMORE MD 21263-1489


NGCSU
BOX 8251
DAHLONEGA GA 30597


NIELS SPIRITWEAR
P O BOX 1025
WINDER GA 30680

NISSAN MOTOR ACCEPTANCE CORP
P O BOX 0502
CAROL STREAM IL 60132-0502


NISSAN MOTOR ACCEPTANCE CORP
PO BOX 660366
DALLAS TX 75266


NOREAST CAPITAL
P O BOX 4128
ANNAPOLIS MD 21403


NORWEST BANK MINNESOTA NA
P O BOX B514
MINNEAPOLIS MN 55479-0514


OAK HILL BANKS
PO BOX 647
JACKSON OH 45640


OMNI LINK
NW9024
PO BOX 1450
MINNEAPOLIS MN 55485


OMRON HEALTHCARE
1200 LAKESIDE DR
BANNOCKBURN IL 60015


OSLAND JANITORIAL SUPPLY
1401 E CLIFF RD
BURNSVILLE MN 55337


PACIFICA CAPITAL
8105 IRVINE CENTER DR STE 500
IRVINE CA 92618

PAID PRESCRIPTIONS LLC
PO BOX 719
PARSIPPANY NJ 07054-0719


PALMETTO GBA DEMERC OVERPAYMEN
PO BOX 100183
COLUMBIA SC 29202-3183


PAR MED
P O BOX 90272
CHICAGO IL 60696-0272


PARI RESPIRATORY EQUIPMENT
13800 HULL STREET RD
MIDLOTHIAN VA 23112


PAVAMANI, VICTOR E
1700 TREE LANE STE 410
SNELLVILLE GA 30078


PAWNEE LEASING CORP
700 CENTRE AVE
FORT COLLINS CO 80526


PEACH STATE FIRE INC
626 INDUSTRIAL BLVD
GAINESVILLE GA 30501


PEACHTREE PACKAGING
770 MARATHON PKWY
LAWRENCEFVILLE GA 30045


PENNER & WELSCH
10016 RIVER ROAD
ST ROSA LA 70087

PEPSI COLA
P O BOX 75948
CHICAGO IL 60675


PHARMPAC
2205 ARKWRIGHT ST
MAPLEWOOD MN 55117-1823


PIEDMONT MASTER PRINTING
P O BOX 661
WINDER GA 30680


PINNACLE MEDSOURCE
P O BOX 116813
ATLANTA GA 30368-6813


PIONEER PRESS
P O BOX 64831
ST PAUL MN 55164-0831


PITNEY BOWES
P O BOX 856042
LOUISVILLE KY 40285-6042


PLUS PUBLICATION
P O BOX 230
HARTLAND WI 53029


PODIUM FINANCIAL GROUP
485 E 17TH ST SUITE 604
COSTA MESA CA 92627


POLKA DOT
110 E 17TH ST
HASTINGS MN 55033

POST BULLETIN COMPANY
P O BOX 6118
ROCHESTER MN 55903-6118


POSTER COMPLIANCE CENTER
3687 MT DIABLO BLVD STE B100
LAFAYETTE CA 94549-3744


POSTMASTER
SEEGER SQUARE
P O BOX 886 ARCADE ST
ST PAUL MN 55106-9998


PRECISION LABORATORY PLASTICS
P O BOX 130
GIG HARBOR WA 98335


PREFERRED CAPITAL INC
6860 W SNOWVILLE RD STE 110
BRECKSVILLE OH 44141


PREFERRED ONE
6105 GOLDEN HILLS DR
GOLDEN VALLEY MN 55416


PRIDE MOBILITY PRODUCTS
182 SUSQUEHANNA AVE
EXETER PA 18643-2694


PRINCE & YEATES
ATTY FOR UNION CAPITAL PARTNER
175 E 400 SOUTH #900
SALT LAKE CITY UT 84111


PROF CARPET & UPHOLSTERY CLEAN
2476 HAVERTON RD
MENDOTA HEIGHTS MN 55120

PROFORMA
P O BOX 640814
CINCINNATI OH 45264-0814


PRUDENT PUBLISHING
P O BOX 360
RIDGEFIELD PARK NJ 07660-0360


PURCHASE POWER
P O BOX 856042
LOUISVILLE KY 40285-6042


QWEST
P O BOX 1301
MINNEAPOLIS MN 55483-0001


R & S SALES INC
P O BOX 840839
DALLAS TX 75284-0839


R E FRITZ
P O BOX 27359
MINNEAPOLIS MN 55427-4485


R E FRITZ
8511 - 10TH AVE N
MINNEAPOLIS MN 55427-4485


RADIO AMERICA
P O BOX 94258
CHICAGO IL 60690


RAINBOW PHARMACY
892 ARCADE ST
ST PAUL MN 55106

RED ARROW WASTE DISPOSAL
44 E ACKER ST
ST PAUL MN 55117


RED BOOK
P O BOX 10689
DES MOINES IA 50336-0689


RESMED
LOCKBOX 51054
LOS ANGELES CA 90051-5354


RESPIRATORY DISTRIBUTORS INC
AMSOUTH BANK
P O BOX 11407
BIRMINGHAM AL 35246-0439


RESPIRONICS
P O BOX 640817
PITTSBURGH PA 15264-0817


RETAIL SERVICES
P O BOX 5238
CAROL STREAM IL 60197-5238


RICHARD C BELLOWS
P O BOX 441
GAINESVILLE GA 30503-0441


RIPLEY NATIONAL BANK
101 MAIN STREET
RIPLEY OH 45167


ROCKFORD CAPITAL LEASING
550 TOWNSHIP LINE RD STE 425
BLUE BELL PA 19422

ROCKFORD CAPITAL LEASING
4249 E STATE ST STE 301
ROCKFORD IL 61108


ROGERS PRINTE SHOPPE
790 SEVENTH ST E
ST PAUL MN 55106


ROYAL BANK AMERICA LEASING
550 TOWNSHIP LINE RD STE 425
BLUE BELL PA 19422


ROYAL BANK AMERICA LEASING LP
550 TOWNSHIP LINE RD STE 425
BLUE BELL PA 19422


RUTH DORNFELD


SALTER LABS
100 W SYCAMORE RD
ARVIN CA 93203


SAMS CLUB
P O BOX 4596
CAROL STREAM IL 60197-4596


SANTA BARBARA BANK & TRUST
1 SOUTH LOS CARNEROS
GOLETA CA 93117


SANTA BARBARA BANK & TRUST
P O BOX 60607
SANTA BARBARA CA 93160-0607


SCOTT KONECZNY

SECRETARY OF STATE
180 STATE OFFICE BLDG
100 CONSTITUTION AVE
ST PAUL MN 55155-1299


SHRED-IT
6943 WASHINGTON AVE S
EDINA MN 55439


SHURGARD STORAGE
7760 ROSWELL RD
DUNWOODY GA 30350


SIA
5400 BROKEN SOUND BLVD NW
SUITE 500
BOCA RATON FL 33487-3522


SIGNATURE AUTO SALES
1517 BROWNS BRIDGE RD
GAINESVILLE GA 30504


SIGNIUS
7851 OLD MORROW RD
JONESBORO GA 30236


SILVERMARK CAPITAL
400 GULF FAIRWAY STE 300
HOUSTON TX 77023


SILVERMARK CAPITAL
5757 MEMORIAL DR SECOND FLOOR
HOUSTON TX 77077


SINGER, GEORGE ESQ
LINDQUIST & VENNUM PLLP
80 S EIGHTH ST STE 4200
MINNEAPOLIS MN 55402

```
SLEEP NET CORPORATION
1050 PERIMETER RD
MANCHESTER NH 03103


SOUTHEASTERN STAFFING INC
225 W BUSCH BLVD
TAMPA FL 33612


SPRINT
P O BOX 660092
DALLAS TX 75266-0092


ST JOHNS
771 MARGARET ST
ST PAUL MN 55106


ST PAUL FIRE & MARINE
388 WASHINGTON ST
ST PAUL MN 55102


ST PAUL WATER UTILITY
8 - 4TH ST STE 200
ST PAUL MN 55101-1007


STAND GUARD
P O BOX 62291
NEW ORLEANS LA 70162


STANDARD
P O BOX 907126
GAINESVILLE GA 30501-0903


STAR TRIBUNE
P O BOX 1285
MINNEAPOLIS MN 55440
```

STATE AUTO INSURANCE
P O BOX 182738
COLUMBUS OH 43218-2738


STATE FARM INSURANCE COMPANIES
7401 CYPRESS GARDENS BLVD
WINTER HAVEN FL 33888-0007


STATE OF WISCONSIN
DEPT OF REGULATION AND LICENSE
P O BOX 8935
MADISON WI 53708-8935


STEAMBOAT MAGAZINE
P O BOX 881659
STEAMBOAT SPRINGS CO 80488


STERLING NATIONAL BANK
500 7TH AVE 11TH FLOOR
NEW YORK NY 10018


STRATUS COMMUNICATIONS
P O BOX 720670
ATLANTA GA 30358


STUDEBAKER-WORTHINGTON LEASING
100 JERICHO QUADRANGLE
JERICHO NY 11753


SUNRISE MEDICAL
7030 COLLECTION CENTER DR
CHICAGO IL 60693


SUPERIOR PHARMACEUTICAL
FPP DISTRIBUTION
P O BOX 26657
NEW YORK NY 10087-6657

SUSANNA CLUTHE
563 TRILLUM COURT
MARIETTA GA 30008


SUSQUEHANNA PATRIOT COMMERCIAL
LEASING COMPANY INC
1566 MEDICAL DR STE 201
POTTSTOWN PA 19464


TACY MEDICAL INC
P O BOX 15807
FERNANDINA BEACH FL 32035-3114


TAMARACK MATERIALS INC
9300 JAMES AVE S
BLOOMINGTON MN 55431


TEAM DME
750 OLD HICKORY BLVD
BUILDING 2, SUITE 220
BRENTWOOD TN 37027


TELEFLEX MEDICAL
4024 STIRRUP CREEK DR STE 720
DURHAM NC 27703


TELETEK
2101 KENNEDY ST E
MINNEAPOLIS MN 55413


TENNESSEE COMMERCE BANK
381 MALLORY STATION RD STE 207
FRANKLIN TN 37067


THE GOPHER COMPANY
2701 - 36TH AVE S
MINNEAPOLIS MN 55406

THE HUNTINGTON NATIONAL BANK
EQUIPMENT FINANCE DIVISION
P O BOX 701096
CINCINNATI OH 45270-1096


THE RIBBON DIVISION LTD
21623 MARILLA ST
CHATSWORTH CA 91311


THE TIMES
P O BOX 100003
GAINESVILLE GA 30503


THIS WEEK PUBLICATIONS
2325 PARKLAWN DR STE R
WAUKESHA WI 53186


THOMAS DRUG
2704 JEFFERSON ST
AUSTELL GA 30168


THOMAS HEALTHCARE DMS
P O BOX 95553
CHICAGO IL 60694-5553


TIARA MEDICAL SYSTEMS
14414 DETROIT AVE STE 206
LAKEWOOD OH 44107


TIM CAGLE CPA
2485 BETHANY RD
ALPHARETTA GA 30004


TRICARE
AG-900
PO BOX 100279
COLUMBIA SC 29202-3279

TRINITY CAPITAL
P O BOX 515487
LOS ANGELES CA 90051-6787


TRM CORPORATION
5208 NE 122ND AVE
PORTLAND OR 97230-1074


TWIN CITY SCALE COMPANY INC
3011 E 42ND ST
MINNEAPOLIS MN 55406


TWO DAYS INC
3907 LAKE LEAF VIEW
SUWANEE GA 30024


ULINE
2200 S LAKESIDE DR
WAUKEGAN IL 60085


UNION CAPITAL PARTNERS LLC
6905 SOUTH 1300 EAST STE 180
MIDVALE UT 84047


UNISON MICROCOMPUTER CENTER
113 BRADFORD ST SE
GAINESVILLE GA 30501


UNITED HEALTH CARE INSURANCE
PITTSBURG SERVICE CENTER
P O BOX 740819
ATLANTA GA 30374-0819


UNITED PARCEL SERVICE
P O BOX 7247-0244
PHILADELPHIA PA 19170-0001

UNITED PHARMACY SERVICES
742 MAIN ST SW
GAINESVILLE GA 30501-4471


UNITED PHARMACY SERVICES, INC.


UNITED PHARMACY SERVICES, INC.


UNITED PHARMACY SERVICES, INC.


UNITED PHARMACY SERVICES, INC.


UNITED PHARMACY SERVICES, INC.


UNITED PHARMACY SERVICES, INC.


UNITED PHARMACY SERVICES, INC.


UNITED PHARMACY SERVICES, INC.


UNITED PHARMACY SERVICES, INC.


UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

UNITED PHARMACY SERVICES, INC.

In re **PHILLIP C WEST**
_____
Debtor(s)

Case Number: _____
(If known)

| According to the calculations required by this statement: |
| :--- |
| ☐ **The presumption arises.** |
| ☒ **The presumption does not arise.** |
| (Check the box as directed in Parts I, III, and VI of this statement.) |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual Chapter 7 debtor, whether or not filing jointly, whose debts are primarily consumer debts.  Joint debtors may complete one statement only.

| Part I. EXCLUSION FOR DISABLED VETERANS |
| :--- |

| 1 | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| :---: | :--- |

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION |
| :--- |

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☒ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.** <br> b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.** <br> c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** <br> d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |
| :---: | :--- |

| | | Column A <br> Debtor's Income | Column B <br> Spouse's Income |
| :---: | :--- | :---: | :---: |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $      8,840.43 | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** <br><br> a. Gross receipts $ 0.00 $ <br> b. Ordinary and necessary business expenses $ 0.00 $ <br> c. Business income Subtract Line b from Line a | $      0.00 | $ |
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** <br><br> a. Gross receipts $ 0.00 $ <br> b. Ordinary and necessary operating expenses $ 0.00 $ <br> c. Rent and other real property income Subtract Line b from Line a | $      0.00 | $ |
| 6 | **Interest, dividends, and royalties.** | $      0.00 | $ |
| 7 | **Pension and retirement income.** | $      0.00 | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child or spousal support.** Do not include amounts paid by the debtor's spouse if Column B is completed. | $      0.00 | $ |

| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | |
| | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $ **0.00** | Spouse $ | $ **0.00** | $ |

| 10 | **Income from all other sources.** If necessary, list additional sources on a separate page. **Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. Specify source and amount. | | | | |
| | | | Debtor | Spouse | |
| | a. | | $ | $ | |
| | b. | | $ | $ | |
| | Total and enter on Line 10 | | | | $ **0.00** $ |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 thru 10 in Column B. Enter the total(s). | $ **8,840.43** $ |

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ **8,840.43** |

---

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ **106,085.16** |

| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| | a. Enter debtor's state of residence: **MN**    b. Enter debtor's household size: **4** | $ **79,895.00** |

| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. |
| | ☒ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. |
| | ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |

---

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
| | Date:    **July 2, 2007**      Signature:   **/s/ PHILLIP C WEST** |
| |                                   **PHILLIP C WEST** |
| |                                      (Debtor) |

UNITED PHARMACY SERVICES, INC.


UNITED PHARMACY SERVICES, INC.


UNITED PHARMACY SERVICES, INC.


UNITED PHARMACY SERVICES, INC.


UNITED PHARMACY SERVICES, INC.


UNITED PHARMACY SERVICES, INC.


UNITED PHARMACY SERVICES, INC.


UNITED PHARMACY SERVICES, INC.


UNITED PHARMACY SERVICES, INC.


UNITED PHARMACY SERVICES, INC.


UNITED STATES TUSTEE
75 SPRING STREET SW
ROOM 362 UNITED STATES COURTHO
ATLANTA GA 30303

US BANCORP
1450 CHANNEL PARKWAY
MARSHALL MN 56258


US BANCORP
P O BOX 790408
ST LOUIS MO 63179-0408


US BANCORP BUSINESS
EQUIPMENT FINANCE GROUP
2 APPLETREE SQ STE 325
BLOOMINGTON MN 55425


US BANK
PO BOX 6351
FARGO ND 58125-6351


US BANKCORP
1310 MADRID ST STE 106
MARSHALL MN 56258


US WEST
P O BOX 1301
MINNEAPOLIS MN 55483-0001


USA TODAY
P O BOX 79002
BALTIMORE MD 21279-0002


VALLEY NEWS COMPANY
1305 STADIUM ROAD
MANKATO MN 56001


VALUE IN PHARMACEUTICALS
P O BOX 8500-1020
PHILADELPHIA PA 19178-1020

```
VERIZON
P O BOX 25506
LEHIGH VALLEY PA 18002-5506


VERNON SALES PROMOTION
P O BOX 600
NEWTON IA 50208-2065


VGM EQUIPMENT LEASING
1111 SAN MARNON DR
WATERLOO IA 50701


VGM FINANCIAL
P O BOX 78523
MILWAUKEE WI 53278-0523


VGM FINANCIAL SERVICES
1111 SAN MARNAN DR
WATERLOO IA 50701


VGM FINANCIAL SERVICES
P O BOX 1620
WATERLOO IA 50704


VIKING OFFICE PRODUCTS
P O BOX 30488
LOS ANGELES CA 90030-0488


WEB MD
P O BOX 930114
ATLANTA GA 31193-0114


WEBER ELECTRIC
577 SHOREVIEW PARK RD
SHOREVIEW MN 55126
```

WELLS FARGO
800 PARK AVE
MINNEAPOLIS MN 55404


WELLS FARGO
BUSINESS DIRECT OPERATIONS
P O BOX 348750
SACRAMENTO CA 95834


WELLS FARGO
P O BOX 6426
CAROL STREAM IL 60197-6426


WELLS FARGO
PO BOX 348750
SACRAMENTO CA 95834


WELLS FARGO
PO BOX 4233
PORTLAND OR 97208


WELLS FARGO CARD SERVICES
P O BOX 29491
PHOENIX AZ 85038-9491


WENDLAND, CHRISTOPHER S ESQ
CLARK BUTLER WALSH & HAMANN
315 E FIFTH ST PO BOX 596
WATERLOO IA 50704


WINONA POST
64 E 2ND ST
WINONA MN 55987


WISCONSIN NEWSPAPER ASSN
3822 MINERAL POINT RD
P O BOX 5580
MADISON WI 53705

WORLDWIDE FINANCIAL NETWORK
P O BOX 4568
FEDERAL WAY WA 98063


WORLDWIDE FINANCIAL NETWORK
2501 VIRGINIA LANE
NORTHBROOK IL 60062


WYETH
DEPT CH14083
PALATINE IL 60085-4083


XCEL ENERGY
NORTHERN STATES POWER CO
PO BOX 59
MINNEAPOLIS MN 55440-0059


XEROX CORPORATION
P O BOX 650361
DALLAS TX 75265-0361


ZENITH GOLDLINE
P O BOX 96884
CHICAGO IL 60693


ZURICH
8712 INNOVATION WAY
CHICAGO IL 60682-0087